IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WANDA GRIGSBY                                                                                          PLAINTIFF

v.                               CASE NO. 4:19-cv-00778-LPR

PULASKI COUNTY SPECIAL SCHOOL DISTRICT                              DEFENDANT

## ANSWER TO AMENDED COMPLAINT

Defendant, Pulaski County Special School District ("District"), by its attorneys, Bequette, Billingsley & Kees, P.A., and for its Answer to Plaintiff's Amended Complaint (ECF Doc. 15), states:

1. The District admits this Court has jurisdiction and is a proper venue as alleged in ¶ 1 of Plaintiff's Amended Complaint.

2. The District admits the alleged unlawful actions are supposed to have taken place in Pulaski County, Arkansas, but denies violating any such laws as alleged in ¶ 2 of Plaintiff's Amended Complaint.

3. The District admits the allegations contained in ¶¶ 3, 4, and 5 of Plaintiff's Amended Complaint.

4. The District denies the allegations contained in ¶ 6 of Plaintiff's Amended Complaint and asserts that Plaintiff has not officially worked for the District since January 15, 2020 and Plaintiff stopped showing up to work over a year ago, in March of 2019.

5. The District denies the allegations contained in ¶ 7 of Plaintiff's Amended Complaint and asserts that Plaintiff was a temporary employee beginning in 2012 and became officially employed by the District in 2014. The District also asserts that Plaintiff was promoted to training officer in July of 2015. In April of 2017, Plaintiff was informed that the position of

training officer was to be removed. Plaintiff had recall rights to the position of Administrative Sergeant and accepted the position in July of 2017.

6. The District admits Plaintiff filed a worker's compensation claim in May 2017; however, without specific information, the District cannot speak to Plaintiff's injuries and therefore at this time denies the allegations contained in ¶¶ 8 and 9 of Plaintiff's Amended Complaint.

7. The District admits Plaintiff filed a grievance in 2018, but denies Plaintiff was harassed or mistreated in connection with her worker's compensation claim, or in any respect, as alleged in ¶ 10 in Plaintiff's Amended Complaint.

8. The District admits Plaintiff filed a second worker's compensation claim against the District; however, without specific information, cannot comment on Plaintiff's alleged injury as contained in ¶ 11.

9. The District admits Plaintiff made a sexual harassment claim against Bennie Bowers and admits it was resolved, as contained in ¶ 12.

10. The District admits Mr. Bowers left the Pulaski County Special School District but denies all other allegations contained in ¶ 13 of Plaintiff's Amended Complaint.

11. The District admits Dave Thomas became the Plaintiff's supervisor but denies all other allegations contained in ¶ 14.

12. The District denies the allegations contained in ¶ 15 of the Plaintiff's Amended Complaint and asserts that Dave Thomas's job required use of a District vehicle.

13. The District denies the allegations contained in ¶¶ 16, 17, 18, and 19 of Plaintiff's Amended Complaint.

14. The District admits Plaintiff applied for a facilitator's position as alleged in ¶ 20 of the Plaintiff's Complaint.

15. The District denies the allegations contained in ¶ 21 of Plaintiff's Complaint.

16. The District denies the allegations contained in ¶ 22 of Plaintiff's Amended Complaint and asserts the Facilitator's role is one of a supervisor.

17. The District denies the allegations contained in ¶ 23 of Plaintiff's Amended Complaint and asserts that Dave Thomas's position was coordinator of security.

18. The District admits the allegations contained in ¶ 24 of Plaintiff's Amended Complaint.

19. The District denies the allegations contained in ¶ 25 of the Plaintiff's Complaint and asserts that Plaintiff never worked in a management position.

20. The District denies the allegations contained in ¶¶ 26, 27, 28, 29, 30 and 31 of Plaintiff's Amended Complaint.

21. The District denies the allegations contained in ¶ 32 of Plaintiff's Amended Complaint.

22. The District denies the allegations contained in ¶ 33 of Plaintiff's Amended Complaint.

23. The District denies the allegations contained in ¶ 34 of Plaintiff's Amended Complaint and asserts that the individuals named in ¶ 34 were working in different positions than Plaintiff. The District further asserts that Plaintiff only worked as a *temporary* employee and never worked as an *interim* employee.

24. The District admits the existence of the law mentioned in ¶ 35 of Plaintiff's Amended Complaint, which speaks for itself, and denies violating said law.

25. Except where previously admitted herein, the District denies the allegations contained in ¶ 36 of Plaintiff's Amended Complaint.

26. The District admits Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") on or around December 20, 2018, Charge No. 493-2019-00506, as alleged in ¶ 37 of Plaintiff's Amended Complaint. The District denies all allegations in the Charge.

27. The District admits Plaintiff was mailed a Notice of Right to Sue letter on or around August 2, 2019 but is without specific information or belief to admit or deny when it was received by the Plaintiff as alleged in ¶ 38 of Plaintiff's Amended Complaint. The District admits a copy of the Notice is attached to Plaintiff's Amended Complaint. The District denies all allegations of discrimination by Plaintiff.

28. The District denies the allegations contained in ¶ 39 of Plaintiff's Amended Complaint.

29. Except where previously admitted herein, the District denies the allegations contained in ¶ 40 of Plaintiff's Amended Complaint.

30. The District denies committing any discriminatory, retaliatory or illegal practices and denies Plaintiff is entitled to any award or relief as alleged in ¶¶ 41 and 42 of Plaintiff's Amended Complaint.

## JURY DEMAND

31. The District joins Plaintiff in her request for a trial by jury as set forth in ¶ 43.

32. The District denies all allegations, averments and prayers for relief in the WHEREFORE clause of Plaintiff's Amended Complaint, including subsections (a) – (f).

33. The District denies all allegations not specifically admitted herein.

34. The District reserves the right to amend its answer and plead further.

**AFFIRMATIVE DEFENSES**

35. The District affirmatively pleads Plaintiff has not taken appropriate steps to mitigate any alleged damage and therefore is not entitled to damages.

36. The District affirmatively pleads all defenses available to it pursuant to Fed. R. Civ. P. 12(b).

37. The District affirmatively states Plaintiff's claims for equitable relief are barred as a matter of law.

38. The District affirmatively pleads all actions taken by them with regard to Plaintiff were in good faith.

39. The District asserts they acted reasonably and in compliance with law at all times relevant hereto.

WHEREFORE, Defendant, Pulaski County Special School District, prays that Plaintiff's Amended Complaint be dismissed and that she take nothing thereby; for the District's attorneys' fees and costs incurred herein; and for all other just and proper relief to which the District may be entitled.

    Respectfully submitted,

    BEQUETTE, BILLINGSLEY & KEES, P.A.
    425 West Capitol Avenue, Suite 3200
    Little Rock, AR 72201-3469
    Phone: (501) 374-1107
    Fax: (501) 374-5092
    Email: jbequette@bbpalaw.com
    Email: ckees@bbpalaw.com

    By: **Cody Kees**
        Jay Bequette, #87012
        Cody Kees, #2012118