**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**WANDA GRIGSBY**                                                                          **PLAINTIFF**

**v.**                   **CASE NO. 4:19-cv-00778-LPR**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**         **DEFENDANT**

**NOTICE OF EVIDENTIARY VIDEO DEPOSITION TO PLAINTIFF**

Notice is hereby given that the deposition of the following person will be taken at the time and place stated, pursuant to Rules 26, 30(b)(6) and 45 of the Federal Rules of Civil Procedure. Such deposition shall be taken for the purpose of discovery, evidence at trial, and all purposes for which such deposition may be used under the Federal Rules of Civil Procedure and other applicable law:

**Wanda Grigsby     February 19, 2021     10:00 a.m.**

The above-described deposition will be taken by Zoom video conference before a certified court reporter at the above-designated date and time.

The foregoing deposition, if not completed within the time frame indicated, will continue from day to day until completed.

You are invited to appear and examine.

                                          Respectfully submitted,

                                          BEQUETTE, BILLINGSLEY & KEES, P.A.
                                          425 West Capitol Avenue, Suite 3200
                                          Little Rock, AR 72201-3469
                                          Phone: (501) 374-1107
                                          Fax:    (501) 374-5092
                                          Email: ckees@bbpalaw.com

By: _/s/ Cody Kees_____
                                          W. Cody Kees, Ark. Bar No. 2012118

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I, Cody Kees, do hereby certify that a true and correct copy of the foregoing was sent via email to the following on this 5th day of February, 2021:

Austin Porter, Jr.
PORTER LAW FIRM
The Catlett-Prien Tower Building
323 Center Street, Suite 1035
Little Rock, AR 72201
Email: Aporte5640@aol.com

                                                         */s/ Cody Kees*
                                                         Cody Kees