**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**WANDA GRIGSBY**                                                                **PLAINTIFF**

v.                  **CASE NO. 4:19-cv-00778-LPR**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**            **DEFENDANT**

**DEFENDANT'S STATUS REPORT**

Comes now Defendant, Pulaski County Special School District ("PCSSD" and/or "District"), by and through their attorneys, Bequette, Billingsley & Kees, P.A., and for their Status Report, state:

1.     <u>Settlement Conference</u>. The parties have not participated in a settlement conference and Defendants are not requesting one.

2.     <u>Settlement Prospects</u>. Unlikely.

3.     <u>Estimated Length of Trial</u>. 2-3 days.

WHEREFORE, Defendants respectfully request the Court accept this Status Report.

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com
           ckees@bbpalaw.com

**W. Cody Kees**
Jay Bequette, Ark. Bar No. 87012
W. Cody Kees, Ark. Bar No. 2012118

*Attorneys for Defendants*