IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WANDA GRIGSBY**                                                                                               **PLAINTIFF**

**v.**                                              **No. 4:19-cv-00778-LPR**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                                 **DEFENDANT**

## MOTION FOR SUMMARY JUDGMENT

Defendant, Pulaski County Special School District, by their attorneys, Bequette, Billingsley & Kees, P.A., for their Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, allege and state:

1. There is insufficient evidence to support any of Plaintiff's claims in this case.

2. There are no genuine issues of material fact in this matter. Under controlling law, Defendant is entitled to summary judgment.

3. In support of this Motion, Defendant relies upon the accompanying Memorandum Brief in Support of its Motion for Summary Judgment, Statement of Undisputed Material Facts, and upon the entire record in this action.

4. The following exhibits are attached hereto and incorporated herein by reference:

   Exhibit 1 – Security Guard Contract 2014

   Exhibit 2 – Safety & Security Training Officer Contract 2015

   Exhibit 3 – Administrative Sergeant Contract 2017

   Exhibit 4 – Reduction in Force Policy

   Exhibit 5 – Workers' Compensation Notice of Injury

   Exhibit 6 – Plaintiff's Deposition Transcript

   Exhibit 7(a) – EEOC Charge, April 2018

   Exhibit 7(b) – EEOC Charge, December 2018

Exhibit 8 – Application for Facilitator

Exhibit 9 – Workers' Compensation Adjuster Email

Exhibit 10 – Facilitator Job Description

Exhibit 11 – David Thomas Coordinator Contract 2017

Exhibit 12 – PCSSD Employee Contract Salaries

Exhibit 13 – Interview Memorandum and Scoring Sheet

Exhibit 14 – Martin Orthopedics Report

Exhibit 15 – Coordinator Job Classification

Exhibit 16 – Administrative Sergeant Job Classification

Exhibit 17 – Interview Assessments

WHEREFORE, Defendant, Pulaski County Special School District, prays that its Motion for Summary Judgment be granted; for Defendant's attorneys' fees and costs incurred herein; and for all other appropriate relief to which Defendant may be entitled.

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: tstewart@bbpalaw.com

By: _____**T. "Teddy" Stewart**_____
     **T. "Teddy" Stewart,** Ark. Bar No. 2018189