## PULASKI COUNTY SPECIAL SCHOOL DISTRICT
SUPPORT STAFF CONTRACT

EMP: **10002768**



SCHOOL: **118**

STATE OF ARKANSAS

2014 - 2015

COUNTY OF PULASKI
**P  1  HR1   Range: 06   Step: 21**

PARTIES: The Pulaski County Special School District, (the employer), agrees to employ **WANDA GRIGSBY** (the employee) on the terms and conditions set forth below:

SERVICES: The employee agrees to perform the following services:
(1) Primary responsibility   -   **SECURITY GUARD - 9 MOS**
(2) Related responsibilities -   All Duties attendant to the employee's primary responsibility.
The employer may assign or transfer the employee to a similar position at any location within the Pulaski County Special School District.

TIME : The time period covered by this contract is 2014 – 2015 school year for **159** days beginning on **Sep 15, 2014**

COMPENSATION:
    Hourly Rate      **$21.00**
    Estimated Hours Per Day      **8**
    Projected Annual Salary      **$26,712.00**

AVAILABLE REVENUE: Should the Commissioner determine that it is necessary because of lack of available revenue and in the interest of sound fiscal policy to reduce support staff personnel or to close school, the time period covered by this contract shall be the actual number of days worked.

DISTRICT POLICIES: The conduct of employee shall be in accord with the administrative policies of the employer.

REFUND OF UNEARNED SALARY: The employee agrees to refund to the school district any salary received for work not done. The employee further agrees to refund the the school district any salary paid in error and not authorized by district policies.

LAST PAYMENT: If terminated by either party on a date which is not a regular salary paying date, the employer will, on the next regular paying date, pay the salary which accrued up to the date of termination less any amount to which the employee is indebted to the employer.

OTHER CONDITIONS:  1. The Superintendant may transfer and assign the employee to a similar position in another location within the district.  2. This contract must be signed and returned to the Human Resources Department within thirty (30) days from the contract date.

Given on this, the Oct 16, 2014
Party of the second part

10/17/14
**8 MCGOVERN DRIVE**
**LITTLE ROCK AR 72205**

Party of the first part

Commissioner

EXHIBIT 1

RECEIVED
OCT 27 2014
HUMAN RESOURCES