

**Form AR-N**

Ark. Code Ann.
§§11-9-701, 508, 514
AWCC Rule 099.33
Revised: 1-1-2001
Updated: 8-1-2006

**ARKANSAS WORKERS' COMPENSATION COMMISSION**

324 Spring Street, Little Rock, AR 72201
Mail: P. O. Box 950, Little Rock, AR 72203-0950
501-682-3930 / 1-800-622-4472

ENTERED MAY 19 2017 BY:

## EMPLOYEE'S NOTICE OF INJURY

**EMPLOYEE INFORMATION (Please Print in Ink)**

| Employee's Last Name | First Name | M I | Social Security Number | Home Phone No. |
|---|---|---|---|---|
| Wanda | Grigsby | | [redacted] | [redacted] |

| Street Address or P.O. Box | City | State | Zip Code |
|---|---|---|---|
| [redacted] | Little Rock | AR | 72205 |

Child Support Obligation: ☐ Current  ☐ Past Due   Payable to:

**EMPLOYER INFORMATION (Please Print)**

| Employer's Name | Supervisor's Name |
|---|---|
| PCSSD | Bennie Bowers |

| Employer's Street Address or P.O. Box | Employer's City | State | Zip Code |
|---|---|---|---|
| 925 E Dixon Rd | Little Rock | AR | 72206 |

**ACCIDENT INFORMATION (Please Print)**

| Place of Accident | Date of Accident | Time of Accident | Date Employer Notified of Accident | Time |
|---|---|---|---|---|
| Warehouse | 5/1/17 | 1:00 pm | 1:05 pm | 5/1/17 |

What part of your body was injured? P.T. Dummy fell on Right Arm

Briefly discuss the cause of injury:

Name/address of witness(es): Greald Triton

I hereby authorize any hospital, physician, psychotherapist or practitioner of the healing arts to furnish the bearer any information, written or oral, including, but not limited to, copies of medical records concerning my past, present or future physical, mental or emotional condition. I hereby waive my physician- and psychotherapist-patient privilege. A photostatic copy of this authorization shall be as effective and valid as the original. My signature below also indicates that I have been provided with my rights regarding change-of-physician. (See additional information on back side of form.)

Date 5/10/17   Signature G/X

Assistance with AWCC Form N is available from the AWCC Legal Advisor Division (1-800-250-2511 or 501-682-3930). Information is supplied by the Support Services Division (1-800-622-4472 or 501-682-3930).

Ark. Code Ann. §11-9-106(a): "Any person or entity who willfully and knowingly makes any material false statement or representation, who willfully and knowingly omits or conceals any material information, or who willfully and knowingly employs any device, scheme, or artifice for the purpose of: obtaining any benefit or payment; defeating or wrongfully increasing or wrongfully decreasing any claim for benefit or payment; or obtaining or avoiding workers' compensation coverage or avoiding payment of the proper insurance premium, or who aids and abets for any of said purposes, under this chapter shall be guilty of a Class D felony. Fifty percent (50%) of any criminal fine imposed and collected under .... this section shall be paid and allocated in accordance with applicable law to the Death and Permanent Total Disability Trust Fund administered by the Workers' Compensation Commission."

DATE OF BIRTH [redacted]   Front side / Two-sided Form

***EMPLOYEE RECEIVED COPY OF FRONT & BACK OF THIS FORM

SIGNATURE/DATE   5/10/17



# WORKERS COMPENSATION – FIRST REPORT OF INJURY OR ILLNESS

| Field | Value |
|---|---|
| EMPLOYER (NAME & ADDRESS INCL ZIP) | Pulaski Co. Special School Dis, P O Box 8601, 925 E Dixon Rd, Little Rock, AR 72216 |
| CARRIER/ADMINISTRATOR CLAIM NUMBER | 131695 |
| OSHA LOG CASE # | |
| REPORT PURPOSE CODE | |
| JURISDICTION | AR |
| JURISDICTION CLAIM NUMBER | |
| INSURED REPORT NUMBER | |
| EMPLOYER'S LOCATION ADDRESS (IF DIFFERENT) | Warehouse, 425 E Dixon Rd, Little Rock, AR 72216 |
| LOCATION # | |
| INDUSTRY CODE | |
| EMPLOYER FEIN | 716021158 |
| PHONE # | 501-234-2000 |

## CARRIER/CLAIMS ADMINISTRATOR

| Field | Value |
|---|---|
| CARRIER (NAME, ADDRESS, & PHONE #) | AR School Boards Assoc WCT, PO Box 165460, Little Rock, AR 72216-5460, 501-492-4805 |
| POLICY PERIOD | 01/01/2017 to 01/01/2018 |
| CHECK IF APPROPRIATE | [X] SELF INSURANCE |
| CLAIMS ADMINISTRATOR (NAME, ADDRESS & PHONE NO) | AR School Boards Assoc., PO Box 165460, Little Rock, AR 72216-5460, 501-492-4805 |
| CARRIER FEIN | 710758051 |
| POLICY/SELF-INSURED NUMBER | SBWC17 |
| ADMINISTRATOR FEIN | 710412520 |
| AGENT NAME & CODE NUMBER | |

## EMPLOYEE/WAGE

| Field | Value |
|---|---|
| NAME (LAST, FIRST, MIDDLE) | Grigsby, Wanda L. |
| NUMBER | (redacted) |
| DATE HIRED | 06/01/2013 |
| STATE OF HIRE | AR |
| SEX | [X] FEMALE |
| MARITAL STATUS | [X] UNMARRIED/SINGLE/DIVORCED |
| # OF DEPENDENTS | 0 |
| OCCUPATION/JOB TITLE | Administrator |
| EMPLOYMENT STATUS | Regular/Full-time Employee |
| NCCI CLASS CODE | 8868 |
| RATE PER: | $0.00 [X] WEEK |
| DAYS WORKED/WEEK | 0 |
| FULL PAY FOR DAY OF INJURY? | [X] YES |
| DID SALARY CONTINUE? | [X] NO |

## OCCURRENCE/TREATMENT

| Field | Value |
|---|---|
| TIME EMPLOYEE BEGAN WORK | [X] AM |
| DATE OF INJURY/ILLNESS | 05/01/2017 |
| TIME OF OCCURRENCE | 2:40 [X] PM |
| LAST WORK DATE | |
| DATE EMPLOYER NOTIFIED | 05/01/2017 |
| DATE DISABILITY BEGAN | |
| CONTACT NAME/PHONE NUMBER | Chanda Swinson, 501-234-2040 |
| TYPE OF INJURY/ILLNESS | Specific Injury - Strain |
| PART OF BODY AFFECTED | Upper Extremities - Shoulder(s) |
| DID INJURY/ILLNESS/EXPOSURE OCCUR ON EMPLOYER'S PREMISES? | [X] YES |
| TYPE OF INJURY/ILLNESS CODE | 52 |
| PART OF BODY AFFECTED CODE | 38 |
| DEPARTMENT OR LOCATION WHERE ACCIDENT OR ILLNESS EXPOSURE OCCURRED | Warehouse dock |
| SPECIFIC ACTIVITY THE EMPLOYEE WAS ENGAGED IN WHEN THE ACCIDENT OR ILLNESS EXPOSURE OCCURRED | Pulling a dummy out of a truck |
| WORK PROCESS THE EMPLOYEE WAS ENGAGED IN WHEN ACCIDENT OR ILLNESS EXPOSURE OCCURRED | |
| HOW INJURY OR ILLNESS/ABNORMAL HEALTH CONDITION OCCURRED | Lifting, Pulling a dummy out of the back of the truck & felt a pop in rt shoulder |
| CAUSE OF INJURY CODE | 56 |
| DATE RETURN(ED) TO WORK | |
| IF FATAL, GIVE DATE OF DEATH | |
| WERE SAFEGUARDS OR SAFETY EQUIPMENT PROVIDED? | |
| WERE THEY USED? | |
| PHYSICIAN/HEALTH CARE PROVIDER (NAME & ADDRESS) | Concentra NLR |
| HOSPITAL OR OFF SITE TREATMENT (NAME & ADDRESS) | |
| INITIAL TREATMENT | [X] MINOR CLINIC/HOSP |

## OTHER

| Field | Value |
|---|---|
| WITNESSES (NAME & PHONE #) | Gerald Tatum |
| DATE ADMINISTRATOR NOTIFIED | 05/01/2017 |
| DATE PREPARED | 05/01/2017 |
| PREPARER'S NAME & TITLE | Tiffany Malone |
| PHONE NUMBER | 501-492-4805 |

FORM IA-1(r 1-1-02)   SEE BACK FOR IMPORTANT INFORMATION   © IAIABC 2002

MAY 02 2017