Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

------------------------------------------------------------

WANDA GRIGSBY,

                                        PLAINTIFF,

VS.           NO. 4:19-cv-00778-LPR

PULASKI COUNTY SPECIAL SCHOOL DISTRICT,

                                        DEFENDANT.

------------------------------------------------------------

---o---

DEPOSITION

OF

WANDA GRIGSBY

---o---

FRIDAY, FEBRUARY 19, 2021

---o---

**EXHIBIT 6**

A P P E A R A N C E S:

    ON BEHALF OF PLAINTIFF:

        AUSTIN PORTER, ESQUIRE
            Attorney at Law
            232 Center Street
            Little Rock, Arkansas 72201

    ON BEHALF OF DEFENDANT:

        W. CODY KEES, ESQUIRE
            Bequette, Billingsley and Kees
            425 West Capitol Avenue
            Suite 3200
            Little Rock, Arkansas 72201

---o---

22e95b38-ac8d-4538-b810-5e0f1236d0ce

I N D E X

| WITNESS: | PAGE: |
|---|---|
| WANDA GRIGSBY | |
| Direct Examination........................... | 5 |

---o---

EXHIBITS

| | |
|---|---|
| Exhibit One............................................ | 27 |
| Exhibit Two............................................ | 32 |
| Exhibit Three.......................................... | 32 |
| Exhibit Four........................................... | 35 |

---o---

| | |
|---|---|
| Reporter's Certificate................................ | 100 |

---o---

1  problems with my arm.  And I didn't have any other way
2  of getting help for it.  So, I filed for that then.
3  Q    Did Mr. White represent you?
4  A    No.  I started with -- I think it was Buckalew.
5  I think that was the attorney's name.
6  Q    So, the May 2017, did you ever miss work?
7  A    Yes, I did.
8  Q    And when do you think your surgery was?
9  A    It was -- I had the accident, I think, in May or
10 June.  My surgery was November of that year.
11 Q    Of '17?
12 A    Yes.
13 Q    So, were you off work that entire time, from the
14 injury to the surgery?
15 A    No, I was not.
16 Q    Okay.  And then, you had the surgery.  At that
17 point, was it a contested claim or accepted claim when
18 you had the injury?
19 A    It was an accepted claim, I believe it was.
20 Q    Okay.  So, they paid the surgery, the Workers
21 Comp insurance?
22 A    Yes, yes.
23 Q    And then, after that surgery, in roughly November
24 of '17, something caused you, then, to need to file a
25 claim?

22e95b38-ac8d-4538-b810-5e0f1236d0ce

1  A    So, I sat in that role for that period of time.
2  Q    Until when?
3  A    Until they announced on August 30th that Dave
4  Thomas was the facilitator of the position.
5  Q    August 30th of when?
6  A    2018-2019.  Whatever is on that --
7              MR. PORTER:  2018.
8              THE WITNESS:  2018.  Thank you.
9  BY MR. KEES:
10 Q    And at that point, there is no director, there is
11 just a facilitator?
12 A    Yes.
13 Q    And he reports directly to Curtis Johnson?
14 A    Yes.
15 Q    So, Mr. Bowers, I don't have the exact date, but
16 it was sometime in the spring of 2018 -- let me ask
17 you this.  Your Complaint shows that you filed the
18 sexual harassment charge against Bennie Bowers and it
19 was resolved in June of 2018.
20 A    Yes, sir.
21 Q    And when it was first resolved, he was still
22 employed there at PCSSD?
23 A    Yes.  What I'm saying is, they didn't resolve it
24 until then.  When I made the grievance back in, I
25 believe it was April, he was still there.

1   Q    Okay.  So, sometime after April of 2018 and
2   before June of 2018, he resigned?
3   A    Yes, sir.
4   Q    Okay.  And the facilitator position was filled by
5   Dave Thomas and the director was not filled?
6   A    Yes, sir, that's correct.
7   Q    Okay.  So, in the roughly year that you were the
8   administrative sergeant from, you know, July 1 of 2017
9   up until the summer of 2018, the facilitator
10  positions, was anybody sitting in those?
11  A    No, no.  The facilitator position just, like I
12  say, it didn't come up until those two positions were
13  RIFed.  There was never even any talk prior to the
14  other positions being RIFed.
15  Q    You are talking about the captain?
16  A    Correct.
17  Q    Which was Dave Thomas?
18  A    And Gerald Tatum, yes, sir.
19  Q    What happened -- is it Ms. Tatum, Joe or Jill?
20  A    Gerald Tatum.
21  Q    Gerald Tatum?
22  A    Yes, sir.
23  Q    Where did he go after he was RIFed?
24  A    Unbeknownst to me, all I can actually honestly
25  tell you is that Mr. Brewer had shared that I would be

22e95b38-ac8d-4538-b810-5e0f12 36d0ce

1  over -- I would be handling the affairs in the
2  department, I currently had the position.  I didn't
3  even know that he had hired Dave Thomas or Gerald
4  Tatum.  I didn't know that until they appeared and
5  came to work one day.  I didn't even have a clue that
6  that was even there.  So, that's all I can answer you
7  about that, in all honesty.
8  Q    Okay.  And you are talking about temporary
9  workers after they were RIFed in June 30th of 2018?
10 A    Yes, yes.
11 Q    So, you took over as administrative sergeant in
12 July 1 of 2017, there are no facilitators, but you
13 have two captains, Tatum and Thomas, and a director in
14 Mr. Bowers?
15 A    Yes.
16 Q    And I'm talking about July of 2017.
17 A    Right, July of 2017.
18 Q    Yes.  And then, the two captain positions are
19 RIFed at the end of -- in or around April or May of
20 2018; correct?
21 A    Yes.
22 Q    And you are alleging that Mr. Thomas and Mr.
23 Tatum came back as part-time employees in the summer
24 of 2018?
25 A    Yes.

22e95b38-ac8d-4538-b810-5e0f1236d0ce

Page 53

1  Q    Okay.  And then, Mr. Thomas was then named as the
2  facilitator in August of 2018?
3  A    Yes, I am.
4  Q    And after that, did we ever hear from Mr. Tatum
5  again?
6  A    Yes.  Mr. Johnson placed Mr. Tatum as a security
7  officer at Daisy Bates Elementary.
8  Q    Okay.  Presumably with less pay, or do you know?
9  A    He wasn't a part-time, he was a permanent
10 security officer.
11 Q    Okay.
12 A    You know, there is a difference in temporary and
13 permanent.  He was a permanent security officer.  So,
14 yes, that would have been less pay.
15 Q    Okay.  What is Bennie Bowers' race?
16 A    He's a black male.
17 Q    Black male.  Okay.  So, you never formally
18 applied for any position as a facilitator, captain, or
19 director?
20 A    Yes, I applied for the facilitator's position,
21 yes, sir.
22 Q    Oh, you did?
23 A    Yes, I said I did.
24 Q    You did?
25 A    Yes.

22e95b38-ac8d-4538-b810-5e0f1236d0ce

Page 43

```
 1   Q    Forty?
 2   A    Yes.  I would say just give or take a number.
 3   Q    Now, you know, in this 2017, '18 time frame, what
 4   was the position right above a security officer?
 5   A    A supervisor over the security officers.
 6   Q    And how many supervisors were there?
 7   A    Let's see.  Four.
 8   Q    Four?
 9   A    Yes.
10   Q    And then, there was the administrative sergeant
11   position?
12   A    Yes.
13   Q    The supervisors, the four, in addition to
14   supervising a group of security officers, did they
15   also perform security services?
16   A    Yes, they did.
17   Q    Okay.  And then, you as the lone administrative
18   sergeant, what were your job responsibilities?
19   A    At that time, they changed.  So, I did the drug
20   testing, it was supposed to be payroll, and any
21   filing, any -- I did the certifications for Arkansas
22   State Police for the PSOs, kind of around about.
23   Q    So, it sounded like it had a lot -- or it was
24   administrative in function?
25   A    Yes.
```

22e95b38-ac8d-4538-b810-5e0f12 36d0ce

1  Q    That year, this 2017-'18 when you took the
2  administrative sergeant, who did you report to?
3  A    Bennie Bowers, initially, until it was over.
4  Okay?
5  Q    Until he resigned?
6  A    Yes.
7  Q    And then, Dave Thomas?
8  A    Correct.
9  Q    And they were both directors?
10 A    Dave Thomas was the captain, and Gerald Tatum,
11 they had the subtitle of captain.  But if you said who
12 was I supposed to report to, it was Bennie Bowers.  By
13 the paperwork, it was Bennie Bowers.  After that, you
14 know, that's what we had of the -- as I stated before,
15 I was going through the grievance process and all.  As
16 things completely changed there, I think Paul Brewer
17 took over that until he could get a director, who
18 later, you know, became Curtis Johnson.  That's how it
19 was then.
20 Q    The complaints about Bennie Bowers when they
21 started, were you in the role as administrative
22 sergeant?
23 A    I was in the role of, I can't remember, training
24 officer or administrative sergeant, if you have that
25 documentation.  Administrative sergeant, you are

22e95b38-ac8d-4538-b810-5e0f12 36d0ce

1  on-the-job injury in September on different days by
2  saying he was moving my desk so he can watch me and my
3  bad arm.  Since I couldn't physically type, he gave me
4  instructions to type documents that did not require
5  typing."  Did you write that; correct?
6  A    Yes.
7  Q    "And I was not given a reason for not being
8  selected."
9  A    Yes.
10 Q    "The new supervisor mocked my on-the-job injury,"
11 referring to Dave Thomas?
12 A    Yes.
13 Q    Okay.  And you write that he was a less qualified
14 male.  Give me all the facts that support your
15 contention that you were more qualified than Mr.
16 Thomas.
17 A    I felt that I was more qualified than Mr. Thomas
18 at the time because Mr. Thomas only dealt with the
19 surveillance cameras and the alarm systems.  He did
20 not do any part of the training in the district.  He
21 did not do the drug testing as I did.  He did not do
22 any of the after-hour -- he did a little of the
23 after-hour events.  But I felt that he was less
24 qualified because he didn't deal with the children, he
25 didn't deal with doing seminars or training at all, or

1  conferences when it came to dealing with anything
2  district.  That's why I put that there, and that's why
3  I felt that.
4  Q   So, in the captain position he held, you said he
5  worked largely with surveillance?
6  A   Yes.  He worked the alarms.  Any problems dealing
7  with the alarms is what he dealt with.
8  Q   Do you know how long he had been at the district?
9  A   He had been there, I think he had five years,
10 maybe, four or five.  I know he wasn't -- in order for
11 him to get -- to have his position RIFed and not be
12 able to bump anybody, he hadn't been there long enough
13 to actually have that right.  So, I knew he was up
14 under my time frame.
15 Q   You mean, you had been at the district longer?
16 A   Yes.
17 Q   Do you know if he had a college degree?
18 A   I didn't know if he did.  I know he had been in
19 the Air Force, and I know he worked at the Corps of
20 Engineers.
21 Q   Okay.  Is he still there, if you know?
22 A   Yes.
23 Q   Yes, what?
24 A   Yes, he is still there.  I'm sorry.
25 Q   No.  I asked you two questions in one.  That's my