# Wanda Grigsby
## Facilitator of Safety and Security (2 positions) (511)



## PERSONAL INFORMATION

### Contact Information

| | | | |
|---|---|---|---|
| First Name | Wanda | Last Name | Grigsby |
| Middle Name | | Other Name | |
| Email | | Primary Phone | |
| Alternate Phone | | | |

### Internal

| | | | |
|---|---|---|---|
| Current Building | Safety & Security | Current Grade | |
| Current Subject | | Employment Start Date (mm/dd/yyyy) | 09/15/2014 |
| Present Job | Administrative Sergeant | Supervisor Name | Bennie Bowers |
| Work Phone | | | |
| Additional Information | | | |
| Employee ID | 10002768 | | |

## VETERANS PREFERANCE

### Veterans Preference

Are you a veteran, the spouse of a deceased veteran who is still unmarried at the time of hire, or the spouse of a veteran with a service-connected disability? If yes, appropriate documentation must be attached to this application in order to receive Veterans Preference.

No

## EMPLOYMENT HISTORY

### Work Experience #1

| | | | |
|---|---|---|---|
| Employer | Pulaski County Special School District | Employed from (mm/yyyy) | 07/2015 |
| Employed to (mm/yyyy) | 06/2018 | Title | Safety Training Officer/ Administrative Sergeant/Training Officer |
| Reason For Leaving | | | |
| Address | | | |
| Supervisor Name | Bennie Bowers | Phone Number | |

### Work Experience #2

| | | | |
|---|---|---|---|
| Employer | Pulaski County Special School District | Employed from (mm/yyyy) | 09/2014 |
| Employed to (mm/yyyy) | 07/2015 | Title | Safety Security Officer |
| Reason For Leaving | | | |
| Address | | | |
| Supervisor Name | Bennie Bowers | Phone Number | |

*EXHIBIT 8*

Application Date: 6/5/2018 11:01 PM

Page 1

Job Title: Facilitator of Safety and Security (2 positions)                                         Candidate: Wanda Grigsby

## Work Experience #3

| | | | |
|---|---|---|---|
| *Employer* | **Arkansas Tobacco Control** | *Employed from (mm/yyyy)* | **02/2012** |
| *Employed to (mm/yyyy)* | **08/2014** | *Title* | **Federal ATC Enforcement Agent** |
| *Reason For Leaving* | | | |
| *Address* | | | |
| *Supervisor Name* | **Mr. Thomas** | *Phone Number* | |

## EDUCATION

### Undergraduate Institution #1

| | | | |
|---|---|---|---|
| *Type of School* | **College/University** | *Name of School* | **University of Arkansas - Little Rock** |
| *City* | **Little Rock** | *State* | **Arkansas** |
| *Attended From (mm/yyyy)* | | *Attended To (mm/yyyy)* | |
| *Graduation Date (mm/yyyy)* | **05/1990** | *Degree* | **Bachelor of Arts** |
| *Subject* | **Other:** | *GPA* | |
| *Semester Credit Hours Earned* | | | |

### Undergraduate Institution #2

| | | | |
|---|---|---|---|
| *Type of School* | **Other:** | *Name of School* | **Other: Academy of Private Investigations & Protection Pro** |
| *City* | **Little Rock** | *State* | **Arkansas** |
| *Attended From (mm/yyyy)* | | *Attended To (mm/yyyy)* | |
| *Graduation Date (mm/yyyy)* | **05/2002** | *Degree* | **Other:** |
| *Subject* | **Other:** | *GPA* | |
| *Semester Credit Hours Earned* | | | |

### Graduate Institution #1

| | | | |
|---|---|---|---|
| *Name of School* | | *City/State* | |
| *From (mm/yyyy)* | | *To (mm/yyyy)* | |
| *Graduation Date (mm/yyyy)* | | *GPA* | |
| *Semester Hours Credit* | | *Degree* | |
| *Degree Subject* | | | |

### Graduate Institution #2

| | | | |
|---|---|---|---|
| *Name of School* | | *City/State* | |
| *From (mm/yyyy)* | | *To (mm/yyyy)* | |
| *Graduation Date (mm/yyyy)* | | *GPA* | |
| *Semester Hours Credit* | | *Degree* | |
| *Degree Subject* | | | |

### Course of Study

| | | | |
|---|---|---|---|
| *Undergraduate* | **Bachelor of Arts in Criminal Justice** | *Master's* | |

Job Title: Facilitator of Safety and Security (2 positions)                                    Candidate: Wanda Grigsby

*Specialist's*  
*Publications*

*Doctorate*  
*Activities/Honors*

## ATTACHMENTS

### Attachments

*Resume*           Grigsby_Resume_2018.docx

## DISCLAIMERS AND AFFIRMATION

*District Policy*

**The School District does not discriminate on the basis of race, color, national origin age, sex or disability, in admission or access to, or treatment or employment in its programs and activities. Any person having inquiries concerning the School's compliance with the regulations implementing Title VI of the Civil Rights Act of 1964 (Title VI), Section 504 of the Rehabilitation Act of 1973 (Section 504), or Title II of the Americans with Disabilities Act of 1990 (ADA), may contact the Assistant Superintendent or Human Resources.**

*Application Confirmation Statement*

**I authorize Pulaski County Special School District, or its agent, to investigate my background, prior employment, and criminal history. I understand that I may have the right to request disclosures of certain information obtained by the District in the course of its investigation of my background and experience. To request this information, contact Background Information Systems of Arkansas at 500 East Main, Suite 307, Batesville, AR 72501 or 870-612-5265.**

**I authorize my prior employers, references, and any other individuals contacted by the District to release any and all information requested and absolve those parties who provide information requested from any and all liability related to their doing so.**

**I hereby certify that the information furnished on this application form is true and accurate to the best of my knowledge.**

| | |
|---|---|
| *I agree to the terms above* | **Affirm** |
| *Initials* | **Wg** |
| *Affirmation Date* | **06/05/2018** |