

ALFORD, SUSAN <salford@pcssd.org>

## FW: Wanda Grigsby
1 message

**Melody Tipton** <mtipton@arsba.org>  
To: "ALFORD, SUSAN" <salford@pcssd.org>

Mon, Jul 31, 2017 at 9:32 AM

RECEIVED  
JUL 31 2017  
HUMAN RESOURCES

**From:** Melody Tipton  
**Sent:** Friday, June 09, 2017 6:55 AM  
**To:** 'BENNIE BOWERS'  
**Cc:** DAVID THOMAS; BREWER, PAUL; jguess@pcssd.org; dmscott@pcssd.org  
**Subject:** RE: Wanda Grigsby

Mr. Bowers

In the past, PCSSD has accommodated restrictive duty for their employees. We need to all be on the same page, do we let one or two departments accommodate and the rest we do not?

Could someone please advice, so that I can let the other adjusters know that PCSSD will not accommodate?

Thanks

**From:** BENNIE BOWERS [mailto:bbowers@pcssd.org]  
**Sent:** Thursday, June 08, 2017 3:16 PM  
**To:** Melody Tipton  
**Cc:** DAVID THOMAS; BREWER, PAUL; jguess@pcssd.org; dmscott@pcssd.org  
**Subject:** Re: Wanda Grigsby



EXHIBIT 9

Ms. Tipton,

The district does not provide a light duty status for employees. Lt. Grigsby utilized compensatory time and vacation leave when she was off duty. She did make attempts to work at Robinson High and Middle school or at our main office.

During her attempt to work, she indicated that she was experienced pain in her right shoulder and that the medication was affecting her judgment when driving.

Sent from my iPhone

> On Jun 8, 2017, at 3:26 PM, Melody Tipton <mtipton@arsba.org> wrote:
>
> Hello to all,
>
> I have had a file transfer to me advising that one arm duty could not be accommodated for Ms Grigsby.
> I don't understand, she has been doing restricted duty since her injury. Please advise since she is an administrator, how one arm duty can't be accommodated?
>
> I have attached the physician notes from the start of her claim with the restrictions and the current work note.
>
> How do we go about all being on the same page as far as return to work?
>
> Thanks
>
>
>
>
>
>
> Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
> <grigsby ortho.tif>
> <grigsby.tif>