JDE Locator: 3.10

# PULASKI COUNTY SPECIAL SCHOOL DISTRICT
## SUPPORT STAFF DAILY JOB CLASSIFICATION

**POSITION TITLE:** FACILITATOR OF SECURITY AND SAFETY

**QUALIFICATIONS:** College Graduate or related experience and/or training
Minimum of five years experience in Law Enforcement or Security
Previous supervisory experience
Valid Arkansas driver's license

**REPORTS TO:** Executive Director of Operations

**JOB GOAL:** Responsible for managing the day-to-day security operations of the District and to provide all students and personnel with a safe and secure environment.

### PERFORMANCE RESPONSIBILITIES:

1. Direct the planning, development and management of security services operations and its personnel.
2. Coordinate building visits with building principal and assistant principals to assure the security guard work schedules are appropriate and recommend adjustments where necessary.
3. Make recommendations to district level and/or building level administrators which promote the safe operation of the District's schools.
4. Responsible for safety audits of facilities and for adding necessary safety features to master plan, including alarm video surveillance and entry control devices.
5. Prepare annual budget for Security/Safety Department and make recommendations for hiring and problem resolution.
6. Assist in filing criminal charges with the appropriate authority and pursue restitution for property damage or loss of school property.
7. Meet with District administrators, staff, and other civic groups to explain activities and program and promote public understanding of departmental functions.
8. Serve as a liaison with local law enforcement agencies to monitor the daily operation of the School Resource Officer (SRO) program and other law enforcement issues on school campuses.
9. Plan and coordinate with local fire department personnel, fire prevention and safety programs for the school district.
10. Oversee District's illicit drug and alcohol testing program.
11. Prepare annual report on state of safety program and make recommendations regarding security services performance and improvements.
12. Conduct meetings with security staff for the purpose of training and oversee training of all new security officers.
13. Supervise Lead Security Officers.
14. Plan playground safety programs for the school district.
14. Oversee playground inspections to detect and prevent safety hazards.
15. Assist in implementing the District's Desegregation Plan.
16. Respond to after hour emergencies.
17. Attend School Board meetings.
17. Perform other duties as assigned.

### TERMS OF EMPLOYMENT:

Salary Range: Range 1 - Support Staff Daily Salary Schedule ($173.00/day - $283.00/day depending on relevant experience)
Length of Contract: 244 contract days
FLSA Status: Exempt
Personnel Status: Classified

EXHIBIT 10

## EVALUATION:

Performance of this job will be evaluated according to provisions of the Board's policy on Evaluation of Professional Personnel.

APPROVED BY: _____  DATE: _____
                            Assistant Superintendent for Equity and Pupil Services

APPROVED BY: _____  DATE: _____
                            Assistant Superintendent for Human Resources