PULASKI COUNTY SPECIAL SCHOOL DISTRICT
**EMPLOYEE CONTRACTS 2018-2019**

| Last Name | First Name | Base Location Building Name | Current Contract Title | Full/Part Time | Annual Salary |
|---|---|---|---|---|---|
| SULLIVAN | | SYLVAN HILLS HIGH NORTH | HIGH SCHOOL TEACHER | F | $48,356.00 |
| SWAN | | ROBINSON ELEMENTARY | PARA-EDUCATOR PRE-K | F | $23,429.25 |
| SWARTZ | | CRYSTAL HILL ELEMENTARY | SPECIAL EDUCATION PARA EDUCATOR | F | $26,797.05 |
| SWATY | | ROBINSON HIGH | HIGH SCHOOL TEACHER | F | $42,836.00 |
| SWEET | | PINE FOREST | PRIMARY TEACHER | F | $48,906.00 |
| SWINNEY | | MAUMELLE HIGH SCHOOL | HIGH SCHOOL TEACHER | F | $53,586.00 |
| SWINSON | | PERSONNEL SERVICES | PERSONNEL SPECIALIST II | F | $48,800.00 |
| SWINTON | | MILLS HIGH | HIGH SCHOOL TEACHER | F | $36,663.42 |
| SYKES | | ROBINSON HIGH | CAFETERIA WORKER | F | $16,539.60 |
| TAGGART | | SECURITY DEPT | SECURITY GUARD - 9 MOS | F | $33,108.00 |
| TALLEY | | SYLVAN HILLS JR HIGH | CAFETERIA WORKER | F | $11,814.00 |
| TART | | SYLVAN HILLS HIGH | HS SPEDCOTEACHER | F | $48,906.00 |
| TATE | | TRANSPORTATION | BUS DRIVER | F | $22,000.80 |
| TATE | | ROBINSON JR HIGH SCHOOL | SECONDARY NON-CERTIFIED MANAGER | F | $20,129.20 |
| TATE | | W J CLINTON ELEMENTARY | LUNCH DUTY/RECESS SUPERVISOR | P | $4,058.40 |
| TATUM | | MILLS HIGH | GENERAL CUSTODIAN | F | $15,292.80 |
| TATUM | | MILLS HIGH | LEAD CUSTODIAN | F | $3,670.40 |
| TATUM | | SECURITY DEPT | SECURITY GUARD - 9 MOS | F | $30,318.00 |
| TAVORN | | CATO ROAD ELEMENTARY | LEAD CUSTODIAN | F | $35,436.80 |
| TAYLOR | | SHERWOOD ELEMENTARY | SPECIAL NEEDS PARA (INDIVIDUAL SUPPORT) | F | $20,525.40 |
| TAYLOR | | BUSINESS AFFAIRS | COORDINATOR OF FEDERAL AND SPECIAL PROGRAMS MGMT | F | $60,634.00 |
| TAYLOR | | ROBINSON JR HIGH SCHOOL | GENERAL CUSTODIAN | F | $21,257.60 |
| TAYLOR | | SYLVAN HILLS ELEMENTARY | INTERMEDIATE TEACHER | F | $53,586.00 |
| TAYLOR | | CRYSTAL HILL ELEMENTARY | ELEMENTARY CERTIFIED MANAGER | F | $29,620.50 |
| TAYLOR | | MAUMELLE MIDDLE SCHOOL | CAFETERIA WORKER | F | $11,814.00 |
| TEAGUE | | SYLVAN HILLS JR HIGH | MIDDLE SCHOOL TEACHER | F | $47,256.00 |
| TEAGUE | | SYLVAN HILLS ELEMENTARY | INTERMEDIATE TEACHER | F | $65,186.00 |
| TEAGUE | | SYLVAN HILLS JR HIGH | MIDDLE SCHOOL TEACHER | F | $47,256.00 |
| TEMPLETON | | W J CLINTON ELEMENTARY | INTERMEDIATE TEACHER | F | $45,956.00 |
| TERRY | | W J CLINTON ELEMENTARY | BOOKKEEPER ELEMENTARY | F | $37,014.00 |
| THACKER | | PUPIL PERSONNEL SERVICES | REGISTERED NURSE | F | $54,697.50 |
| THOMAS | | LANDMARK ELEMENTARY | PRE-KINDERGARTEN TEACHER | F | $37,566.00 |
| THOMAS | DAVID | SECURITY DEPT | FACILITATOR OF SAFETY & SECURITY | F | $57,449.00 |