

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**

925 East Dixon Road/P.O. Box 8601
Little Rock, Arkansas 72216
www.pcssd.org
(501) 234-2000

## MEMORANDUM

Date:     August 16, 2018

To:       Paul Brewer, Chief Executive Officer

From:     Curtis Johnson, Executive Director of Operations 

Subject:  Bi-racial Interview Committee

The bi-racial interview committee consisting of Curtis Johnson, Roberto Carrillo, Loria Bryant and Cynthia D'Abadie conducted interviews for the Facilitator of Safety and Security position in the Division of Operations on August 16, 2018.

The results of the interview rank the following in order top to low.

Gerald Tatum...................................93
David Thomas..................................92
Wanda Grigsby................................84
Sandra Arnold.................................82
Lonnie Murphy................................75
Tracy Bunting..................................75
Gary Burton.....................................74
Kameela Robinson..........................66
Cranton Murphy..............................58



| | | Mr. Johnson | R. Carrillo | C. D'Abadie | L. Bryant | Total |
|---|---|---|---|---|---|---|
| David Thomas-- | Black Male | 24 | 22 | 22 | 24 | 92 |
| Sandra Arnold--- | Black Female | 22 | 20 | 21 | 19 | 82 |
| Wanda Grigsby-- | Black Female | 18 | 22 | 21 | 23 | 84 |
| Gary Burton-- | Black Male | 20 | 19 | 19 | 16 | 74 |
| Lonnie Murphy-- | Black Male | 17 | 21 | 21 | 16 | 75 |
| Tracy Bunting- | Black Male | 22 | 19 | 18 | 16 | 75 |
| Cranton Murphy-- | Black Male | 10 | 18 | 16 | 14 | 58 |
| Kameela Robinson--Black Female | | 13 | 18 | 18 | 17 | 66 |
| Gerald Tatum--- | Black Male | 22 | 24 | 23 | 24 | 93 |