5/22/2018                                                                 CCE05222018_00000.jpg



May 22, 2018

Arkansas School Board Association W/C Trust
P.O. Box 165460
Little Rock, AR 72216-5460

RE: Wanda Grigsby DOB:

Subject: Functional Capacity Exam & Evaluation

To Whom It May Concern:

Ms. Grigsby had a functional capacity exam and an impairment rating evaluation at the Functional Testing Centers on April 24, 2018. It was determined that she was putting forth an unreliable effort. No consistent objective measures could be determined and therefore no impairment rating was given. This has been my general experience with Ms. Grigsby as well. There have been inconsistent physical exam findings and no effort given during the physical exam which makes it impossible for me to assess her condition or progress. At the time the functional capacity exam was ordered, a nerve conduction and EMG were ordered as well, although I have been informed that she did not show up for this appointment. She has reached maximal medical improvement as of the date of her functional capacity exam on April 24, 2018 and will follow-up as needed in the future.

Sincerely,

Clayton Riley, M.D.

**EXHIBIT 14**

ASBA RECEIVED MAY 22 2018

5320 West Markham Street | Little Rock | Arkansas | 72205 | ph: 501.975.5633 | fax 501.227.0710