JDE Locator: 3.10

# PULASKI COUNTY SPECIAL SCHOOL DISTRICT
## SUPPORT STAFF DAILY JOB CLASSIFICATION

**POSITION TITLE:**     COORDINATOR OF SECURITY AND SAFETY

**QUALIFICATIONS:**     College Graduate or related experience and/or training
Minimum of five years experience in Law Enforcement or Security
Previous supervisory experience
Valid Arkansas driver's license

**REPORTS TO:**     Director of Security and School Safety

**JOB GOAL:**     To provide all students and personnel with a safe and secure learning environment.

## PERFORMANCE RESPONSIBILITIES:

1. Assist the Director of Security and School Safety in supervising security guards.
2. Coordinate building visits with building principal and assistant principals to assure the security guard work schedules are appropriate and recommend adjustments where necessary.
3. Assist the Director of Security and School Safety in the preparation and administration of the security and safety budget.
4. Conduct meetings with security staff for the purpose of training.
6. Prepare reports as the Directory of Security and Safety may request.
7. Assist in filing criminal charges with the appropriate authority and pursue restitution for property damage or loss of school property.
8. Meet with District administrators, staff, and other civic groups to explain activities and program and promote public understanding of departmental functions.
9. Plan and coordinate with local fire department personnel, fire prevention and safety programs for the school district.
11. Oversee District's illicit drug and alcohol testing program.
13. Plan playground safety programs for the school district.
14. Oversee playground inspections to detect and prevent safety hazards.
15. Oversee background investigations of the district's employees.
16. Assist in implementing the District's Desegregation Plan.
17. Respond to after hour emergencies.
18. Perform other duties as assigned.

## TERMS OF EMPLOYMENT:

Salary Range:     Range 4 - Support Staff Daily Salary Schedule ($204.50/day - $314.50/day depending on relevant experience)
Length of Contract:     244 contract days
FLSA Status:     Exempt
Personnel Status:     Classified

## EVALUATION:

Performance of this job will be evaluated according to provisions of the Board's policy on Evaluation of Professional Personnel.

APPROVED BY: _____     DATE: _____
     Assistant Superintendent for Equity and Pupil Services

APPROVED BY: _____     DATE: _____
     Assistant Superintendent for Human Resources

**EXHIBIT 15**