*v.Oaran New 2017-2018 Year - Current*

JDE Locator: 3.67

# PULASKI COUNTY SPECIAL SCHOOL DISTRICT

## SUPPORT STAFF HOURLY JOB CLASSIFICATION

**POSITION TITLE:** ADMINISTRATIVE SERGEANT

**QUALIFICATIONS:**
Must be 21 years of age
Bachelor's degree or equivalent education and experience
Valid Arkansas drivers' license
Pass the drug / alcohol test
Pass the Presidential Physical Fitness Test
Private Security Officer Certification required
Five (5) years' experience in Safety and Security or related field
Possess CPR and First Aid certification

**REPORTS TO:** Director of Safety and Security

**JOB GOAL:** Provide leadership and supervision for subordinate officers and administrative and technical support for the Department of Safety and Security.

**PERFORMANCE RESPONSIBILITIES:**

1. Plan, direct, supervise, assign, review and participate in the work of the Department of Safety and Security: investigations, bullying prevention, parent training and other related school security services and activities.
2. Serve as support supervisor on identified after-school events that require additional security.
3. Assume responsibility for assigned special programs, projects or department-wide functions or activities.
4. Coordinate activities with other agencies and perform a variety of administrative and technical tasks relative to assigned area of responsibility.
5. Assist with the development of strategic plans.
6. Coordinate performance appraisal reviews.
7. Assist with the review and inspection of alarm systems.
8. Assist with the retrieval of school surveillance video.
9. Control violent individuals and situations on and at school events.
10. Assist with input of all payroll entries.
11. Process bills for payment.
12. File all accident reports and workman's compensation forms and submit incident reports for further investigation.
13. Maintain confidential case files.
14. Perform other clerical and administrative duties as directed by the Director of Safety and Security.

**TERMS OF EMPLOYMENT:**

**Salary Range:** Range 10 - Support Staff Hourly Salary Schedule ($14.40/hour - $25.65/hour depending on relevant experience)
**Length of Contract:** 244 contract days
**FLSA Status:** Non-exempt
**Personnel Status:** Classified

**EXHIBIT 16**

48