PULASKI COUNTY SPECIAL SCHOOL DISTRICT
ENTRY LEVEL PERSONNEL INTERVIEW FORM

Name: David Thomas
Contact Information: [redacted]
Education Background: Bachelor of Science
Years experience: _____
Specific Position Interviewed For: Facilitator of Security (Test)
Interview Date: 8/16/18

**Rating Scale**
- Superior — 4
- Above Average — 3
- Average/Satisfactory — 2
- Weak — 1
- Unacceptable — 0
- Not Applicable — N/A

(Circle one) — 4 circled

| Category | Unacceptable | Weak | Average/Satisfactory | Above Average | Superior | Not Applicable |
|---|---|---|---|---|---|---|
| Ability to Implement Job Description | 0 | 1 | 2 | 3 | **(4)** | N/A |
| Ability to Work with People | 0 | 1 | 2 | 3 | **(4)** | N/A |
| Background and Experience | 0 | 1 | 2 | 3 | **(4)** | N/A |
| Other Specific Job Related Questions | 0 | 1 | 2 | 3 | **(4)** | N/A |
| Communication Skills | 0 | 1 | 2 | 3 | **(4)** | N/A |
| Personal Characteristics | 0 | 1 | 2 | 3 | **(4)** | N/A |

Remarks: _____

Total Score: _____

Score: 24  Superior (24) ___  Above Average (18-23) ___
            Average (12-17) ___  Weak (6-11) ___
            Unacceptable (0-5) ___

Interviewed By: Lonia Bryant
Title and School: District PreK Program Bookkeeper / Central Office

**EXHIBIT 17**

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
ENTRY LEVEL PERSONNEL INTERVIEW FORM

Name: David Thomas  Interview Date: 8-16-18
Contact Information: [redacted]
Education Background: College / University   Years experience: ___
Specific Position Interviewed For: Facilitator of Security Interview Questions

Rating Scale

| Rating | Score |
|---|---|
| Superior | 4 |
| Above Average | ③ |
| Average/Satisfactory | 2 |
| Weak | 1 |
| Unacceptable | 0 |
| Not Applicable | N/A |

(Circle one)

| Category | Unacceptable | Weak | Average/Satisfactory | Above Average | Superior | Not Applicable |
|---|---|---|---|---|---|---|
| Ability to Implement Job Description | 0 | 1 | 2 | 3 | ④ | N/A |
| Ability to Work with People | 0 | 1 | 2 | 3 | ④ | N/A |
| Background and Experience | 0 | 1 | 2 | 3 | ④ | N/A |
| Other Specific Job Related Questions | 0 | 1 | 2 | ③ | 4 | N/A |
| Communication Skills | 0 | 1 | 2 | 3 | ④ | N/A |
| Personal Characteristics | 0 | 1 | 2 | ③ | 4 | N/A |

Remarks: Mr. Thomas is very professional, polite and hard worker. He is always to help and serve the district.

Total Score: 22

Score: ___ Superior (24)   ✓ Above Average (18-23)
       ___ Average (12-17)   ___ Weak (6-11)
       ___ Unacceptable (0-5)

Interviewed By: Roberto Carrillo
Title and School: Custodial & Grounds Supervisor

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
ENTRY LEVEL PERSONNEL INTERVIEW FORM

Name David Thomas                                    Interview Date 16 Aug 2018

Contact Information _____

Education Background BA - Connections                 Years experience _____

Specific Position Interviewed For Facilitator

Rating Scale
  Superior              4
  Above Average         3
  Average/Satisfactory  2
  Weak                  1        (Circle one)
  Unacceptable          0
  Not Applicable        N/A

|  | Unacceptable | Weak | Average/Satisfactory | Above Average | Superior | Not Applicable |
|---|---|---|---|---|---|---|
| Ability to Implement Job Description | 0 | 1 | 2 | 3 | (4) | N/A |
| Ability to Work with People | 0 | 1 | 2 | 3 | (4) | N/A |
| Background and Experience | 0 | 1 | 2 | 3 | (4) | N/A |
| Other Specific Job Related Questions | 0 | 1 | 2 | 3 | (4) | N/A |
| Communication Skills | 0 | 1 | 2 | 3 | (4) | N/A |
| Personal Characteristics | 0 | 1 | 2 | 3 | (4) | N/A |

Remarks Struggle with Act 393

Total Score 24

Score: ✓ Superior (24)           ____ Above Average (18-23)
       ____ Average (12-17)       ____ Weak (6-11)
       ____ Unacceptable (0-5)

Interviewed By Curtis Johnson

Title and School Executive Director of Operations

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
ENTRY LEVEL PERSONNEL INTERVIEW FORM

Name: David Thomas  Interview Date: 8/16/2018
Contact Information: ___
Education Background: Provided  Years experience: ___
Specific Position Interviewed For: Fac of Safety + Security

Rating Scale
- Superior — 4
- Above Average — ③
- Average/Satisfactory — 2
- Weak — 1
- Unacceptable — 0
- Not Applicable — N/A

(Circle one)

| | Unacceptable | Weak | Average/Satisfactory | Above Average | Superior | Not Applicable |
|---|---|---|---|---|---|---|
| Ability to Implement Job Description | 0 | 1 | 2 | 3 | ④ | N/A |
| Ability to Work with People | 0 | 1 | 2 | 3 | ④ | N/A |
| Background and Experience | 0 | 1 | 2 | 3 | ④ | N/A |
| Other Specific Job Related Questions | 0 | 1 | 2 | ③ | 4 | N/A |
| Communication Skills | 0 | 1 | 2 | ③ | 4 | N/A |
| Personal Characteristics | 0 | 1 | 2 | 3 | ④ | N/A |

Remarks: Provided samples of work. Nice!

Total Score: 22

Score:
- ___ Superior (24)
- ✓ Above Average (18-23)
- ___ Average (12-17)
- ___ Weak (6-11)
- ___ Unacceptable (0-5)

Interviewed By: C D'Abafu
Title and School: EMS

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
ENTRY LEVEL PERSONNEL INTERVIEW FORM

Name: Wanda Grigsby          Interview Date: _____

Contact Information: [REDACTED]

Education Background: Bachelor of Arts - Criminal Justice       Years experience: _____

Specific Position Interviewed For: Facilitator of Security

Rating Scale
- Superior — 4
- Above Average — 3
- Average/Satisfactory — 2
- Weak — 1
- Unacceptable — 0
- Not Applicable — N/A

(Circle one)

| Criteria | Unacceptable | Weak | Average/Satisfactory | Above Average | Superior | Not Applicable |
|---|---|---|---|---|---|---|
| Ability to Implement Job Description | 0 | 1 | 2 | 3 | **(4)** | N/A |
| Ability to Work with People | 0 | 1 | 2 | **(3)** | 4 | N/A |
| Background and Experience | 0 | 1 | 2 | 3 | **(4)** | N/A |
| Other Specific Job Related Questions | 0 | 1 | 2 | 3 | **(4)** | N/A |
| Communication Skills | 0 | 1 | 2 | (3) | **(4)** | N/A |
| Personal Characteristics | 0 | 1 | 2 | 3 | **(4)** | N/A |

Remarks: _____

Total Score: 23

Score: ____ Superior (24)     23  Above Average (18-23)
       ____ Average (12-17)    ____ Weak (6-11)
       ____ Unacceptable (0-5)

Interviewed By: Loria Bryant
Title and School: District Pre-K Program Bookkeeper

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
ENTRY LEVEL PERSONNEL INTERVIEW FORM

Name: Wanda Grigsby          Interview Date: 8-16-18
Contact Information: [redacted]
Education Background: College / University          Years experience: ___
Specific Position Interviewed For: Facilitator of Safety & Security

Rating Scale
- Superior — 4
- Above Average — (3)
- Average/Satisfactory — 2
- Weak — 1
- Unacceptable — 0
- Not Applicable — N/A

(Circle one)

| | Unacceptable | Weak | Average/Satisfactory | Above Average | Superior | Not Applicable |
|---|---|---|---|---|---|---|
| Ability to Implement Job Description | 0 | 1 | 2 | 3 | (4) | N/A |
| Ability to Work with People | 0 | 1 | 2 | (3) | 4 | N/A |
| Background and Experience | 0 | 1 | 2 | (3) | 4 | N/A |
| Other Specific Job Related Questions | 0 | 1 | 2 | 3 | (4) | N/A |
| Communication Skills | 0 | 1 | 2 | 3 | (4) | N/A |
| Personal Characteristics | 0 | 1 | 2 | 3 | (4) | N/A |

Remarks: Very professional. Ms. Wanda has experience in training officers.

Total Score: 22

Score:
- ___ Superior (24)
- ✓ Above Average (18-23)
- ___ Average (12-17)
- ___ Weak (6-11)
- ___ Unacceptable (0-5)

Interviewed By: Roberto Carrillo
Title and School: Custodial & Grounds Supervisor

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
ENTRY LEVEL PERSONNEL INTERVIEW FORM

Name _Wanda Grigsby_  Interview Date _8/16/2018_
Contact Information ___
Education Background _Provided_  Years experience _Provided_
Specific Position Interviewed For _Fac of Safety & Security_

Rating Scale
- Superior — 4
- Above Average — ③
- Average/Satisfactory — 2
- Weak — 1
- Unacceptable — 0
- Not Applicable — N/A

(Circle one)

| | Unacceptable | Weak | Average/Satisfactory | Above Average | Superior | Not Applicable |
|---|---|---|---|---|---|---|
| Ability to Implement Job Description | 0 | 1 | 2 | ③ | 4 | N/A |
| Ability to Work with People | 0 | 1 | 2 | 3 | ④ | N/A |
| Background and Experience | 0 | 1 | 2 | ③ | 4 | N/A |
| Other Specific Job Related Questions | 0 | 1 | 2 | ③ | 4 | N/A |
| Communication Skills | 0 | 1 | 2 | 3 | ④ | N/A |
| Personal Characteristics | 0 | 1 | 2 | 3 | ④ | N/A |

Remarks _____

Total Score _21_

Score: _____ Superior (24)       ✓ Above Average (18-23)
       _____ Average (12-17)      _____ Weak (6-11)
       _____ Unacceptable (0-5)

Interviewed By _C. D'Abadie_
Title and School _EMS_

## PULASKI COUNTY SPECIAL SCHOOL DISTRICT
## ENTRY LEVEL PERSONNEL INTERVIEW FORM

Name: Wanda Grigsby    Interview Date: 16 Aug 2018

Contact Information: _____

Education Background: _____    Years experience: _____

Specific Position Interviewed For: Facilitator

Rating Scale
- Superior — 4
- Above Average — 3
- Average/Satisfactory — 2
- Weak — 1
- Unacceptable — 0
- Not Applicable — N/A

(Circle one)

| | Unacceptable | Weak | Average/Satisfactory | Above Average | Superior | Not Applicable |
|---|---|---|---|---|---|---|
| Ability to Implement Job Description | 0 | 1 | 2 | 3 | **(4)** | N/A |
| Ability to Work with People | 0 | 1 | **(2)** | 3 | 4 | N/A |
| Background and Experience | 0 | 1 | 2 | 3 | **(4)** | N/A |
| Other Specific Job Related Questions | 0 | 1 | 2 | **(3)** | 4 | N/A |
| Communication Skills | 0 | 1 | **(2)** | 3 | 4 | N/A |
| Personal Characteristics | 0 | 1 | 2 | **(3)** | 4 | N/A |

Remarks: Performing strong to the team. Lacks contributions to team. Nervous thru out interview. Solid experience and career. Took lead in absence overall leadership. Concern about respect for the past based on statement there were nothing in place.

Total Score: 18

Score:
- ___ Superior (24)
- ✓ Above Average (18-23)
- ___ Average (12-17)
- ___ Weak (6-11)
- ___ Unacceptable (0-5)

Interviewed By: Curtis Johnson

Title and School: Executive Director & Operations