IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WANDA GRIGSBY**                                                                    **PLAINTIFF**

**v.**                               **Case No. 4:19-cv-00778-LPR**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**            **DEFENDANT**

## STATEMENT OF UNDISPUTED MATERIAL FACTS

Defendant, Pulaski County Special School District, by its attorneys, Bequette, Billingsley & Kees, P.A., for its Statement of Undisputed Material Facts, states:

1. This is an employment discrimination action. Plaintiff brings suit against PCSSD pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII") and the Americans with Disabilities Act, as enforced by 42 U.S.C. § 12101 ("§12101"). *See* Amended Complaint, ECF Doc. 15, generally and specifically at ¶ 1.

2. Grigsby began working as a temporary employee for the District in 2012 and became a full-time employed security officer in 2014 in the District's Security Department. *See* Security Guard Contract 2014, attached to District's Motion as Exhibit 1.

3. In July of 2015, Grigsby was promoted to security training officer. *See* Safety & Security Training Officer Contract 2015, attached to District's Motion as Exhibit 2.

4. In April of 2017, Grigsby was informed that her position of training officer was subject to a non-renewal as part of a District-wide reduction in force ("RIF"). *See* Amd. Compl. at ¶ 7; *see also* Administrative Sergeant Contract 2017, attached to District's Motion as Exhibit 3.

5. Under the RIF policy, Grigsby had recall rights to any position of equal or lesser status, and she accepted the position of administrative sergeant and went under a new contract as

of July 1, 2017.  *Id.* at ¶ 2; *see also* Reduction in Force Policy, attached to District's Motion as Exhibit 4.

6.  In May of 2017, Grigsby filed a worker's compensation claim related to an on-the-job injury.  *See* Worker's Compensation Notice of Injury, attached to District's Motion as Exhibit 5.  Her claim was accepted, and she received the appropriate compensation for the injury and remained employed with the District.  *See* Plaintiff's Deposition at p. 20, attached to District's Motion as Exhibit 6.

7.  In April of 2018, Grigsby filed a charge of discrimination with the EEOC alleging her supervisor at the time, Bennie Bowers, sexually harassed her.  *See* Amd. Compl. at ¶ 12; *see also* EEOC Charge, April 2018, attached to District's Motion as Exhibit 7(a).  This charge was resolved through EEOC by mediation and Grigsby remained employed at the District and Mr. Bowers did not return as her supervisor and David Thomas became her new supervisor at this time.  *Id*. at ¶¶ 12-14.  *Id.;* see also EEOC Charge December 2018, attached to District's Motion as Exhibit 7(b).  *Id.; see also* EEOC Charge December 2018, attached to District's Motion as Exhibit 7(b).

8.  Grigsby alleges the April 2018 Charge, which was satisfactorily resolved, led to retaliatory and discriminatory actions by the District, specifically through David Thomas.  See Amd. Compl. at ¶¶ 16-19; see also Ex. 7(b).

9.  In May 2018, the District informed Grigsby it planned to non-renew three positions above Grigsby's position of Administrative Sergeant as party of a restructuring of the security department, to be effective June 31, 2018, the end of the District's contract year.  *See* Ex. 6 at p. 50-53.  Those three positions were two "coordinators" and a "director," to be replaced with two positions titled "Facilitators."  *Id*.

10. Grigsby applied for the newly titled facilitator position on June 5, 2018. *See* Application for Facilitator, attached to District's Motion as Exhibit 8.

11. Grigsby was attempting to get "one arm duty" clearance for her current position at the District, as she was still on modified duty from her on-the-job injury. *See* Worker's Compensation Adjuster Email, attached to District's Motion as Exhibit 9.

12. In August 2018, the District hired one facilitator, Dave Thomas, as part of the security department restructuring, as Thomas had held one of the department's senior positions which was non-renewed. *See* Ex. 6 at p. 51-53; *see also* Facilitator Job Description, attached to District's Motion as Exhibit 10; *see also* Amd. Compl. at ¶ 21.

13. Dave Thomas held the Coordinator position. *See* Dave Thomas Coordinator Contract, attached to District's Motion as Exhibit 11.

14. Prior to applying for the Facilitator position, Grigsby and Thomas held different positions. *See* Exhibit 11; *see also* Wanda Grigsby Administrative Sergeant Contract, attached to District's Motion as Exhibit 3. Thomas was Grigsby's supervisor. *See* Amd. Compl. at ¶ 14.

15. Thomas accepting the position of Facilitator resulted in a roughly $20,000.00 reduction in salary. *See* Exs. 11 and 3; *see also* Pulaski County Special School District Employee Contract Salaries, attached to District's Motion as Exhibit 12.

16. In the Interview Process, Grigsby scored as the third highest ranked candidate among all interviewees. *See* Interview Memorandum and Scoring Sheet, attached to District's Motion as Exhibit 13.

17. Thomas Scored 92 and Grigsby scored 84. *Id*.

18. Defendant has denied all claims brought against it by Plaintiff or that they violated any applicable law.

19. Defendant asserts that Plaintiff was not discriminated against for any reason in violation of applicable law, nor did Defendant violate any rights or duties owed to Plaintiff.

        Respectfully submitted,

        BEQUETTE, BILLINGSLEY & KEES, P.A.
        425 West Capitol Avenue, Suite 3200
        Little Rock, AR 72201-3469
        Phone: (501) 374-1107
        Fax: (501) 374-5092
        Email: tstewart@bbpalaw.com

By:       **T. "Teddy" Stewart**
        **T. "Teddy" Stewart,** Ark. Bar No. 2018189