IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

-----------------------------------------------------------

WANDA GRIGSBY,

                                            PLAINTIFF,

VS.          NO. 4:19-cv-00778-LPR

PULASKI COUNTY SPECIAL SCHOOL DISTRICT,

                                            DEFENDANT.

-----------------------------------------------------------

---o---

DEPOSITION

OF

WANDA GRIGSBY

---o---

FRIDAY, FEBRUARY 19, 2021

---o---

[PLAINTIFF'S EXHIBIT A]

```
 1   no longer have that inspections license.  That was
 2   with the Department of Human Services and with Code
 3   Enforcement.  So, I no longer have that.
 4   Q    What is that inspection license?
 5   A    That inspection license gave me the right to
 6   going into jails and all, making sure that the jails
 7   were facilitated for juveniles, that you were not
 8   holding juveniles along with adults in adult
 9   facilities.
10   Q    Okay.  And DHS provided that license?
11   A    Yes, sir.
12   Q    So, you have an interest in criminal justice, I
13   presume?
14   A    I did, yes, sir.
15   Q    Okay.  And has that just always been an interest
16   that you have had?
17   A    Yes.
18   Q    And you came to work for the district, was it
19   2012, I believe?
20   A    Yes, I believe that's correct.  Yes, sir.
21   Q    Give me kind of a summary of your work history
22   from '90 when you graduated UALR up until 2012 with
23   the district.
24   A    Okay.
25   Q    And I don't need perfection, I just kind of want
```

```
 1   A     Yes.
 2   Q     So, let's go back, and just the grievance issue
 3   through the PCSSD --
 4   A     Right.
 5   Q     -- did that come to a resolution?
 6   A     Eventually, it did.  The disconnect that I had,
 7   Bennie Bowers was still there.  I did not feel safe,
 8   because even going to Mr. Brewer at that time, he was
 9   -- I was still having to be in the same office with
10   him at that time.  And that's why I went on forward
11   with the EEOC.
12   Q     Okay.
13   A     Okay?
14   Q     Yes.  And then, the EEOC went to mediation, and
15   ultimately it was resolved by way of an agreement?
16   A     Yes, sir.  And in that time frame, they did get
17   rid of Bennie Bowers.
18   Q     Okay.
19   A     They did have him resign.
20   Q     And how did you feel about that?
21   A     I felt better that he had resigned, but I did not
22   feel better in the aspects of Dave Thomas being there.
23   Because they were best buddies, and I knew that that
24   was going to -- you know, that was another thing
25   there.
```

1   Q   Yes. And we will get to that.
2   A   All right.
3   Q   Let me make sure -- let me make sure our time
4   line is -- so, you are hired in August of 2012;
5   correct?
6   A   Yes, sir, if that's what it is.
7   Q   And what's your position when you were hired?
8   A   I went from a security officer to a training
9   officer to an administrative sergeant.
10  Q   So, you start as a, what, training -- what did
11  you start at?
12  A   When I first was hired on at PCSSD, I was a
13  security officer.
14  Q   And that's an individual that patrols buildings
15  and campuses?
16  A   In the schools, correct.
17  Q   All right. And what's your next lateral move?
18  A   Training officer.
19  Q   And what is the difference?
20  A   Training officer, I did all the training for the
21  district, such as active shooter. I did training such
22  as -- when I got hurt, I did the PT training of it,
23  physical training. I did seminar training. Anything
24  dealing with the students' safety. Those were in my
25  job duties.

1  Q    As a training officer, do you still perform
2  security officer duties when not training?
3  A    Basically, I supervised them, is what I did.
4  Q    Okay.
5  A    Okay.
6  Q    So, as a training officer, you provided training,
7  but you also become a supervisor to other security
8  officers?
9  A    That is correct, yes.
10 Q    Okay.  So, in the hierarchy, is the security
11 officer the entry position in the Security Department?
12 A    Yes.
13 Q    And is the next position a training officer?
14 A    Yes.  I would say you could say that.
15 Q    Okay.  Are you having trouble hearing me?  I know
16 you lean close every time I talk.
17 A    Yeah.  It's kind of muffled.  It will be clear
18 and then it's kind of muffled.
19 Q    What about now, is that better?
20 A    That's better.
21 Q    Okay.  I will do my head set.
22 A    All right.
23 Q    So, training officer.  And then, what was your
24 next move after training officer?
25 A    Administrative sergeant.

1  Q    All right. And is that the next -- I know that
2  was your next move. But in the hierarchy, is that
3  right above a training officer?
4  A    Well, actually, no. It was actually a step
5  below. The training officer would have been higher
6  than an administrative sergeant. During that time
7  frame, what occurred was, they did some salary cuts.
8  And so, what happened was, I got kicked down from a
9  training officer at $70,000.00 to an administrative
10 sergeant at $50,000.00.
11 Q    What year was that?
12 A    2017, 2018, maybe.
13 Q    Did they eliminate all training officers?
14 A    Yes. I'm the only one that had that position.
15 Q    Oh, you were the only training officer in the
16 district?
17 A    Yes, that was in the district, that is correct.
18 Q    So, they eliminated your position, and then
19 offered you an administrative sergeant position?
20 A    Yes.
21 Q    And then, who took over training
22 responsibilities?
23 A    That was up under me, as well. They just
24 eliminated the training officer's position.
25 Q    Okay. Well, you told me earlier that you were a

```
 1   A     So, I sat in that role for that period of time.
 2   Q     Until when?
 3   A     Until they announced on August 30th that Dave
 4   Thomas was the facilitator of the position.
 5   Q     August 30th of when?
 6   A     2018-2019.  Whatever is on that --
 7               MR. PORTER:  2018.
 8               THE WITNESS:  2018.  Thank you.
 9   BY MR. KEES:
10   Q     And at that point, there is no director, there is
11   just a facilitator?
12   A     Yes.
13   Q     And he reports directly to Curtis Johnson?
14   A     Yes.
15   Q     So, Mr. Bowers, I don't have the exact date, but
16   it was sometime in the spring of 2018 -- let me ask
17   you this.  Your Complaint shows that you filed the
18   sexual harassment charge against Bennie Bowers and it
19   was resolved in June of 2018.
20   A     Yes, sir.
21   Q     And when it was first resolved, he was still
22   employed there at PCSSD?
23   A     Yes.  What I'm saying is, they didn't resolve it
24   until then.  When I made the grievance back in, I
25   believe it was April, he was still there.
```

22e95b38-ac8d-4538-b810-5e0f1236d0ce

```
 1   Q    Okay.  So, the Settlement Agreement, which I have
 2   here, and I don't want to get into the substance, I
 3   just want to look at the date.
 4   A    Okay.
 5   Q    You signed it on the 19th of June?
 6   A    Yes.
 7   Q    My question was going to be, between the filing
 8   of the Complaint in April and then when this was
 9   signed the 19th of June, do you remember if Mr. Bowers
10   had resigned prior to you signing the agreement?
11   A    Yes, he had.
12   Q    Okay.  When you made the -- when you signed your
13   charge -- when you signed your charge right here, what
14   is that date there?
15              MR. PORTER:  December 2018.
16              MR. KEES:  Yes.
17              MR. PORTER:  December 20 of 2018.
18              MR. KEES:  Yes.  I'm sorry.  Let me go
19         to the -- I've got two here.
20   BY MR. KEES:
21   Q    The first one is the one I wanted to look at.
22   Right here, when you signed your charge on April 3rd
23   of 2018 --
24   A    Yes, sir.
25   Q    -- do you remember if he was still employed at
```

22e95b38-ac8d-4538-b810-5e0f1236d0ce