


**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**

925 East Dixon Road/P.O. Box 8601
Little Rock, Arkansas 72216-8601

May 15, 2018

**HAND DELIVERED**

Mr. David E. Thomas
109 Westfield Loop
Little Rock, Arkansas 72210

Dear Mr. Thomas:

In accordance with the Arkansas Public School Employee Fair Hearing Act, ARK. CODE ANN. §§ 6-17-1701, *et seq.*, I am notifying you that effective July 1, 2018, it has become necessary to non-renew your contract with Pulaski County Special School District effective July 1, 2018. The reason for this action is as follows:

1. The result of the reorganization of the Safety and Security Department for the 2018-2019 school year.

You may file a written request for a Board Hearing by sending the request by certified or registered mail to the president, vice president or secretary of the board of directors with a copy to the Superintendent within twenty-five (25) calendar days from receipt of this notice. Hand delivery is also acceptable.

If you request a hearing, it will take place at an agreed upon time, or, if no agreement can be reached, no sooner than five (5) and no more than ten (10) days from the receipt by the board of directors of your hearing request. The hearing may be public or private at your request, and, if you so request in writing, a record of the hearing will be made and a transcript provided to you at no cost. Both you and the Board may be represented by an attorney or other person(s) of your choosing.

Sincerely,

*Janice Warren*

Dr. Janice Warren
Interim Superintendent of Schools

c:  Connie Laster
    Personnel File

Your signature does not indicate your agreement with the contents of this notice, but signifies that the notice has been personally delivered to you.

_David E. Thomas_                    _May 22, 2018_
David E. Thomas                       Date

May

# Resignation Notice
## Pulaski County Special School District

RECEIVED
APR 17 2018
HUMAN RESOURCES

**SUBMIT IN TRIPLICATE**

ATTENTION: _PAUL BREWER_   Date: _4-17-2018_

I, _Bennie Bowens_, (_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_), hereby submit my resignation from
Employee / Social Security Number

the following position _Dept of Safety & Security_
School or Department / Assignment _Director_

Last day of service: _MAY_   _15_   _2018_
                     Month    Day    Year

Reason _PERSONAL_

I understand that my final salary cannot be released until my file is complete and this resignation has been accepted.

Signature _Bennie Bowens_

Mailing Address _____

**FOR IMMEDIATE ADMINISTRATOR ONLY:**

An Evaluation Summary Report is included   ☐ YES   ☐ NO

I recommend that the resignation be   ☐ APPROVED   ☐ DISAPPROVED

_____
Immediate Administrator

☑ APPROVED   ☐ DISAPPROVED

_Paul Brewer_
Assistant Superintendent for Human Resources
or Superintendent