PULASKI COUNTY SPECIAL SCHOOL DISTRICT
SUPPORT STAFF PERSONNEL RECOMMENDATION FORM

RECEIVED
JUL 03 2018
HUMAN RESOURCES

School Year 20 18 - 20 19

I recommend **Dave Thomas** as a **Temp Security Fire Alarm Responder**

for **Security Department** School/Department. I have interviewed the applicant and find them qualified to hold the position. *Para-Professionals must be Highly-Qualified at the time of hire.*

I have contacted at least three references on this applicant and one of them directly supervised the applicant. YES [✓]  NO [ ]

1. _____    _____
   Name/Title (Supervisor)                Date

2. _____    _____
   Name/Title                             Date

3. _____    _____
   Name/Title                             Date

☐ New Hire (Replacing _____)    ☐ Reclassification of Present Employee

☐ Substitute Employee (used whenever regular employee is out)    ☒ Temporary Employee (Used only by prior approval of HR)

   Substituting for _____

_____    _____
Date                                Administrator or Department Manager

_____    _____
Date                                Executive Director of Human Resources

ENTERED JUL 03 2018 BY: _____

| 10006539 | | | | | |
|---|---|---|---|---|---|
| Last Four Digits of SSN or Employee ID Number | | | | | |

In case of emergency, notify **Mrs. Thomas**    Telephone **501-256-9096**

| First Date To Work | Contract Code | Hours Per Day | Range/Step/ Hourly Rate | Board Agenda | |
|---|---|---|---|---|---|
| 7/5/2018 | 186 | 8 | $ 24.45 | RATE OF PAY | |
| Fund/Source of Funds | Function | Location | Program | Subject | Object |
| 2000 | 2660 | 189 | 000 | 00 | 6  1220 |
| Fund/Source of Funds | Function | Location | Program | Subject | Object |
|  |  |  |  | 00 | 6 |

7.2018

# PULASKI COUNTY SPECIAL SCHOOL DISTRICT
## SUPPORT STAFF PERSONNEL RECOMMENDATION FORM

School Year 20 __18__ - 20 __19__

I recommend __David Thomas__ as a __Safety & Security Facilitator__

for __Safety & Security Department__ School/Department. I have interviewed the applicant and find them qualified to hold the position. *Para-Professionals must be Highly-Qualified at the time of hire.*

I have contacted at least three references on this applicant and one of them directly supervised the applicant.  YES ☐   NO ☐

1. _____
   Name/Title (Supervisor)                                Date

2. _____
   Name/Title                                             Date

3. _____
   Name/Title                                             Date

☒ New Hire (Replacing _____)      ☐ Reclassification of Present Employee

☐ Substitute Employee (used whenever regular employee is out)   ☐ Temporary Employee (Used only by prior approval of HR)
Substituting for _____

__29 Aug 2018__
Date

_____
Administrator or Department Manager

_____
Date

_____
Assistant Superintendent of Human Resources / Director of Human Resources

ENTERED SEP 04 2018
BY: _____

Received ✓
Delivered ✓
AUG 29 2018
Support Services

__1000 6539__
Last Four Digits of SSN or Employee ID Number

In case of emergency, notify _____   Telephone _____

| First Date To Work | Contract Code | Hours Per Day | Range/Step/ Hourly Rate | Board Agenda | |
|---|---|---|---|---|---|
| 29 Aug 2018 | | | | Sept | |
| Fund/Source of Funds | Function | Location | Program | Subject | Object |
| | | | | 00 | 6__ __ __ |
| Fund/Source of Funds | Function | Location | Program | Subject | Object |
| | | | | 00 | 6__ __ __ |

825C