## PULASKI COUNTY SPECIAL SCHOOL DISTRICT
SUPPORT STAFF CONTRACT





EMP: **10006539**

SCHOOL: **118**

STATE OF ARKANSAS

2018 - 2019

COUNTY OF PULASKI
**P  2  DL3   Range: 01   Step: 26**

PARTIES: The Pulaski County Special School District, (the employer), agrees to employ **DAVID E THOMAS** (the employee) on the terms and conditions set forth below:

SERVICES: The employee agrees to perform the following services:
(1) Primary responsibility   -   **FACILITATOR OF SAFETY & SECURITY**
(2) Related responsibilities -   All Duties attendant to the employee's primary responsibility.
The employer may assign or transfer the employee to a similar position at any location within the Pulaski County Special School District.

TIME : The time period covered by this contract is 2018 – 2019 school year for **203** days beginning on **08/29/2018**.

COMPENSATION:
  Daily Rate                **$283.00**
  Days                          **203**
  Projected Annual Salary   **$57,449.00**

AVAILABLE REVENUE: Should the Commissioner determine that it is necessary because of lack of available revenue and in the interest of sound fiscal policy to reduce support staff personnel or to close school, the time period covered by this contract shall be the actual number of days worked.

DISTRICT POLICIES: The conduct of employee shall be in accord with the administrative policies of the employer.

REFUND OF UNEARNED SALARY: The employee agrees to refund to the school district any salary received for work not done. The employee further agrees to refund the school district any salary paid in error and not authorized by district policies.

LAST PAYMENT: If terminated by either party on a date which is not a regular salary paying date, the employer will, on the next regular paying date, pay the salary which accrued up to the date of termination less any amount to which the employee is indebted to the employer.

OTHER CONDITIONS: 1. The Superintendent may transfer and assign the employee to a similar position in another location within the district.  2. This contract must be signed and returned to the Human Resources Department within thirty (30) days from the contract date.

Given on this day, Sep 12, 2018
Party of the second part

*David E. Thomas* (signature)

**109 WESTFIELD LOOP**
**LITTLE ROCK AR 72210**

Party of the first part

*Dr. Linda Remele*  *Alicia Gillen* (signatures)

President                Secretary

RECEIVED
SEP 13 2018
HUMAN RESOURCES

EXHIBIT 4