PULASKI COUNTY SPECIAL SCHOOL DISTRICT
ENTRY LEVEL PERSONNEL INTERVIEW FORM


**EXHIBIT 5**

Name: Gerald Tatum
Interview Date: 8/16/18
Contact Information: 501-813-7370
Education Background: College/University of Mangnolia
Years experience: ___
Specific Position Interviewed For: Facilitator of Safety and Security

Rating Scale
- Superior — 4
- Above Average — 3
- Average/Satisfactory — 2
- Weak — 1
- Unacceptable — 0
- Not Applicable — N/A

(Circle one)

| | Unacceptable | Weak | Average/Satisfactory | Above Average | Superior | Not Applicable |
|---|---|---|---|---|---|---|
| Ability to Implement Job Description | 0 | 1 | 2 | 3 | (4) | N/A |
| Ability to Work with People | 0 | 1 | 2 | 3 | (4) | N/A |
| Background and Experience | 0 | 1 | 2 | 3 | (4) | N/A |
| Other Specific Job Related Questions | 0 | 1 | 2 | 3 | (4) | N/A |
| Communication Skills | 0 | 1 | 2 | 3 | (4) | N/A |
| Personal Characteristics | 0 | 1 | 2 | 3 | (4) | N/A |

Remarks: _____

Total Score: 24

Score: ✓ Superior (24)
___ Above Average (18-23)
___ Average (12-17)
___ Weak (6-11)
___ Unacceptable (0-5)

Interviewed By: Loria Bryant
Title and School: District Pre-k Program Bookkeeper

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
ENTRY LEVEL PERSONNEL INTERVIEW FORM

Name: Gerald Tatum  Interview Date: 8-16-18
Contact Information: 501.813.7370
Education Background: College/University   Years experience: ___
Specific Position Interviewed For: Facilitator of Safety and Security

Rating Scale

| | |
|---|---|
| Superior | 4 (circled) |
| Above Average | 3 |
| Average/Satisfactory | 2 |
| Weak | 1 |
| Unacceptable | 0 |
| Not Applicable | N/A |

(Circle one)

| | Unacceptable | Weak | Average/Satisfactory | Above Average | Superior | Not Applicable |
|---|---|---|---|---|---|---|
| Ability to Implement Job Description | 0 | 1 | 2 | 3 | **4** | N/A |
| Ability to Work with People | 0 | 1 | 2 | 3 | **4** | N/A |
| Background and Experience | 0 | 1 | 2 | 3 | **4** | N/A |
| Other Specific Job Related Questions | 0 | 1 | 2 | 3 | **4** | N/A |
| Communication Skills | 0 | 1 | 2 | 3 | **4** | N/A |
| Personal Characteristics | 0 | 1 | 2 | 3 | **4** | N/A |

Remarks: Excellent interview! Mr. Tatum has a lot of experience as security Facilitator. He is very professional, well-spoken and polite.

Total Score: 24

Score: ✓ Superior (24)   ___ Above Average (18-23)
___ Average (12-17)   ___ Weak (6-11)
___ Unacceptable (0-5)

Interviewed By: Roberto Currillo
Title and School: Custodial & Grounds Supervisor

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
ENTRY LEVEL PERSONNEL INTERVIEW FORM

Name _Gerald Tatum_                                           Interview Date _8/16/2018_

Contact Information _501-813-7370_

Education Background _Provided_                               Years experience _Provided_

Specific Position Interviewed For _Dec of Safety + Security_

Rating Scale
- Superior           4
- Above Average     ③
- Average/Satisfactory  2
- Weak              1            (Circle one)
- Unacceptable      0
- Not Applicable    N/A

| | Unacceptable | Weak | Average/Satisfactory | Above Average | Superior | Not Applicable |
|---|---|---|---|---|---|---|
| Ability to Implement Job Description | 0 | 1 | 2 | ③ | 4 | N/A |
| Ability to Work with People | 0 | 1 | 2 | 3 | ④ | N/A |
| Background and Experience | 0 | 1 | 2 | 3 | ④ | N/A |
| Other Specific Job Related Questions | 0 | 1 | 2 | 3 | ④ | N/A |
| Communication Skills | 0 | 1 | 2 | 3 | ④ | N/A |
| Personal Characteristics | 0 | 1 | 2 | 3 | ④ | N/A |

Remarks _Hand-out 4 Ps of Effectiveness - Excellent_
_Spoke from the heart_
_Experienced, Proven_

Total Score _23_

Score: ___ Superior (24)    ✓ Above Average (18-23)
       ___ Average (12-17)    ___ Weak (6-11)
       ___ Unacceptable (0-5)

Interviewed By _CE Abaye_
Title and School _EMS_

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**
**ENTRY LEVEL PERSONNEL INTERVIEW FORM**

Name: Gerald Totn

Interview Date: 16 Aug 2018

Contact Information: _____

Education Background: _____  Years experience: _____

Specific Position Interviewed For: Facilitator

Rating Scale

| | |
|---|---|
| Superior | 4 |
| Above Average | 3 |
| Average/Satisfactory | 2 |
| Weak | 1 |
| Unacceptable | 0 |
| Not Applicable | N/A |

(Circle one)

| | Unacceptable | Weak | Average/Satisfactory | Above Average | Superior | Not Applicable |
|---|---|---|---|---|---|---|
| Ability to Implement Job Description | 0 | 1 | 2 | 3 | (4) | N/A |
| Ability to Work with People | 0 | 1 | 2 | (3) | 4 | N/A |
| Background and Experience | 0 | 1 | 2 | 3 | (4) | N/A |
| Other Specific Job Related Questions | 0 | 1 | 2 | (3) | 4 | N/A |
| Communication Skills | 0 | 1 | 2 | 3 | (4) | N/A |
| Personal Characteristics | 0 | 1 | 2 | 3 | (4) | N/A |

Remarks: Base of Knowledge; Experience Overall

Total Score: 22

Score: ___ Superior (24)   ✓ Above Average (18-23)
       ___ Average (12-17)    ___ Weak (6-11)
       ___ Unacceptable (0-5)

Interviewed By: Curtis Johnson

Title and School: Executive Director of Operations

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
ENTRY LEVEL PERSONNEL INTERVIEW FORM

Name: David Thomas                                        Interview Date: 8/16/18
Contact Information: 501-353-8714
Education Background: Bachelor of Science                 Years experience: ___
Specific Position Interviewed For: Facilitator of Security Cont

Rating Scale
- Superior — (4)
- Above Average — 3
- Average/Satisfactory — 2
- Weak — 1
- Unacceptable — 0
- Not Applicable — N/A

(Circle one)

| | Unacceptable | Weak | Average/Satisfactory | Above Average | Superior | Not Applicable |
|---|---|---|---|---|---|---|
| Ability to Implement Job Description | 0 | 1 | 2 | 3 | (4) | N/A |
| Ability to Work with People | 0 | 1 | 2 | 3 | (4) | N/A |
| Background and Experience | 0 | 1 | 2 | 3 | (4) | N/A |
| Other Specific Job Related Questions | 0 | 1 | 2 | 3 | (4) | N/A |
| Communication Skills | 0 | 1 | 2 | 3 | (4) | N/A |
| Personal Characteristics | 0 | 1 | 2 | 3 | (4) | N/A |

Remarks: _____

Total Score: _____

Score: 24
- Superior (24)
- Above Average (18-23)
- Average (12-17)
- Weak (6-11)
- Unacceptable (0-5)

Interviewed By: Lenia Bryant
Title and School: District PreK Program Bookkeeper / Central Office

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
ENTRY LEVEL PERSONNEL INTERVIEW FORM

Name: David Thomas  Interview Date: 8-16-18
Contact Information: 501.253.8714
Education Background: College / University  Years experience: ___
Specific Position Interviewed For: Facilitator of Security Interview Questions

Rating Scale
- Superior — 4
- Above Average — ③
- Average/Satisfactory — 2
- Weak — 1
- Unacceptable — 0
- Not Applicable — N/A

(Circle one)

| | Unacceptable | Weak | Average/Satisfactory | Above Average | Superior | Not Applicable |
|---|---|---|---|---|---|---|
| Ability to Implement Job Description | 0 | 1 | 2 | 3 | ④ | N/A |
| Ability to Work with People | 0 | 1 | 2 | 3 | ④ | N/A |
| Background and Experience | 0 | 1 | 2 | 3 | ④ | N/A |
| Other Specific Job Related Questions | 0 | 1 | 2 | ③ | 4 | N/A |
| Communication Skills | 0 | 1 | 2 | 3 | ④ | N/A |
| Personal Characteristics | 0 | 1 | 2 | ③ | 4 | N/A |

Remarks: Mr. Thomas is very professional, polite and hard worker. He is always to help and serve the district.

Total Score: 22

Score: ___ Superior (24)   ✓ Above Average (18-23)
       ___ Average (12-17)   ___ Weak (6-11)
       ___ Unacceptable (0-5)

Interviewed By: Roberto Carrillo
Title and School: Custodial & Grounds Supervisor

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
ENTRY LEVEL PERSONNEL INTERVIEW FORM

Name: David Thomas  Interview Date: 16 Aug 2018

Contact Information: _____

Education Background: BA - Connections  Years experience: _____

Specific Position Interviewed For: Facilitator

Rating Scale

| | |
|---|---|
| Superior | 4 |
| Above Average | 3 |
| Average/Satisfactory | 2 |
| Weak | 1 |
| Unacceptable | 0 |
| Not Applicable | N/A |

(Circle one)

| | Unacceptable | Weak | Average/Satisfactory | Above Average | Superior | Not Applicable |
|---|---|---|---|---|---|---|
| Ability to Implement Job Description | 0 | 1 | 2 | 3 | (4) | N/A |
| Ability to Work with People | 0 | 1 | 2 | 3 | (4) | N/A |
| Background and Experience | 0 | 1 | 2 | 3 | (4) | N/A |
| Other Specific Job Related Questions | 0 | 1 | 2 | 3 | (4) | N/A |
| Communication Skills | 0 | 1 | 2 | 3 | (4) | N/A |
| Personal Characteristics | 0 | 1 | 2 | 3 | (4) | N/A |

Remarks: Struggle with Act 393

Total Score: 24

Score: ✓ Superior (24)      ___ Above Average (18-23)
       ___ Average (12-17)   ___ Weak (6-11)
       ___ Unacceptable (0-5)

Interviewed By: Curtis Johnson

Title and School: Executive Director of Operations

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
ENTRY LEVEL PERSONNEL INTERVIEW FORM

Name **David Thomas**  Interview Date **8/16/2018**

Contact Information **501-353-8714**

Education Background **Provided**  Years experience _____

Specific Position Interviewed For **Fac of Safety + Security**

Rating Scale

| Superior | 4 |
| Above Average | ③ |
| Average/Satisfactory | 2 |
| Weak | 1 |
| Unacceptable | 0 |
| Not Applicable | N/A |

(Circle one)

| | Unacceptable | Weak | Average/Satisfactory | Above Average | Superior | Not Applicable |
|---|---|---|---|---|---|---|
| Ability to Implement Job Description | 0 | 1 | 2 | 3 | ④ | N/A |
| Ability to Work with People | 0 | 1 | 2 | 3 | ④ | N/A |
| Background and Experience | 0 | 1 | 2 | 3 | ④ | N/A |
| Other Specific Job Related Questions | 0 | 1 | 2 | ③ | 4 | N/A |
| Communication Skills | 0 | 1 | 2 | ③ | 4 | N/A |
| Personal Characteristics | 0 | 1 | 2 | 3 | ④ | N/A |

Remarks **Provided samples of work. Nice!**

Total Score **22**

Score: ____ Superior (24)   ✓ Above Average (18-23)
       ____ Average (12-17)   ____ Weak (6-11)
       ____ Unacceptable (0-5)

Interviewed By **C D'Abadie**

Title and School **EMS**

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
ENTRY LEVEL PERSONNEL INTERVIEW FORM

Name: Wanda Grigsby                                     Interview Date: _____
Contact Information: 501-960-5348 -
Education Background: Bachelor of Arts - Criminal Justice   Years experience: _____
Specific Position Interviewed For: Facilitator of Security

Rating Scale
- Superior              4
- Above Average         3
- Average/Satisfactory  2
- Weak                  1        (Circle one)
- Unacceptable          0
- Not Applicable        N/A

| | Unacceptable | Weak | Average/Satisfactory | Above Average | Superior | Not Applicable |
|---|---|---|---|---|---|---|
| Ability to Implement Job Description | 0 | 1 | 2 | 3 | (4) | N/A |
| Ability to Work with People | 0 | 1 | 2 | (3) | 4 | N/A |
| Background and Experience | 0 | 1 | 2 | 3 | (4) | N/A |
| Other Specific Job Related Questions | 0 | 1 | 2 | 3 | (4) | N/A |
| Communication Skills | 0 | 1 | 2 | (3) | (4) | N/A |
| Personal Characteristics | 0 | 1 | 2 | 3 | (4) | N/A |

Remarks _____

Total Score: 23

Score: ____ Superior (24)    23  Above Average (18-23)
       ____ Average (12-17)   ____ Weak (6-11)
       ____ Unacceptable (0-5)

Interviewed By: Loria Bryant
Title and School: District PreK Program Bookkeeper

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
ENTRY LEVEL PERSONNEL INTERVIEW FORM

Name: Wanda Grigsby　　　　Interview Date: 8-16-18
Contact Information: 501.960.5348
Education Background: College / University　　　　Years experience: ___
Specific Position Interviewed For: Facilitator of Safety & Security

Rating Scale
- Superior — 4
- Above Average — ③
- Average/Satisfactory — 2
- Weak — 1
- Unacceptable — 0
- Not Applicable — N/A

(Circle one)

| | Unacceptable | Weak | Average/Satisfactory | Above Average | Superior | Not Applicable |
|---|---|---|---|---|---|---|
| Ability to Implement Job Description | 0 | 1 | 2 | 3 | ④ | N/A |
| Ability to Work with People | 0 | 1 | 2 | ③ | 4 | N/A |
| Background and Experience | 0 | 1 | 2 | ③ | 4 | N/A |
| Other Specific Job Related Questions | 0 | 1 | 2 | 3 | ④ | N/A |
| Communication Skills | 0 | 1 | 2 | 3 | ④ | N/A |
| Personal Characteristics | 0 | 1 | 2 | 3 | ④ | N/A |

Remarks: Very professional. Ms. Wanda has experience in training officers.

Total Score: 22

Score: ___ Superior (24)　　✓ Above Average (18-23)
　　　　 ___ Average (12-17)　　___ Weak (6-11)
　　　　 ___ Unacceptable (0-5)

Interviewed By: Roberto Carrillo
Title and School: Custodial & Grounds Supervisor

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
ENTRY LEVEL PERSONNEL INTERVIEW FORM

Name: Wanda Grigsby        Interview Date: 8/16/2018
Contact Information: 501-960-5348
Education Background: Provided        Years experience: Provided
Specific Position Interviewed For: Fac of Safety & Security

Rating Scale
- Superior — 4
- Above Average — 3
- Average/Satisfactory — 2
- Weak — 1
- Unacceptable — 0
- Not Applicable — N/A

(Circle one)

| | Unacceptable | Weak | Average/Satisfactory | Above Average | Superior | Not Applicable |
|---|---|---|---|---|---|---|
| Ability to Implement Job Description | 0 | 1 | 2 | (3) | 4 | N/A |
| Ability to Work with People | 0 | 1 | 2 | 3 | (4) | N/A |
| Background and Experience | 0 | 1 | 2 | (3) | 4 | N/A |
| Other Specific Job Related Questions | 0 | 1 | 2 | (3) | 4 | N/A |
| Communication Skills | 0 | 1 | 2 | 3 | (4) | N/A |
| Personal Characteristics | 0 | 1 | 2 | 3 | (4) | N/A |

Remarks: _____

Total Score: 21

Score: ___ Superior (24)     ✓ Above Average (18-23)
       ___ Average (12-17)    ___ Weak (6-11)
       ___ Unacceptable (0-5)

Interviewed By: C. D'Abadie
Title and School: EMS

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
ENTRY LEVEL PERSONNEL INTERVIEW FORM

Name: Wanda Grigsby  
Interview Date: 16 Aug 2018  
Contact Information: _____  
Education Background: _____  
Years experience: _____  
Specific Position Interviewed For: Facilitator

Rating Scale

| | |
|---|---|
| Superior | 4 |
| Above Average | 3 |
| Average/Satisfactory | 2 |
| Weak | 1 |
| Unacceptable | 0 |
| Not Applicable | N/A |

(Circle one)

| | Unacceptable | Weak | Average/Satisfactory | Above Average | Superior | Not Applicable |
|---|---|---|---|---|---|---|
| Ability to Implement Job Description | 0 | 1 | 2 | 3 | **(4)** | N/A |
| Ability to Work with People | 0 | 1 | **(2)** | 3 | 4 | N/A |
| Background and Experience | 0 | 1 | 2 | 3 | **(4)** | N/A |
| Other Specific Job Related Questions | 0 | 1 | 2 | **(3)** | 4 | N/A |
| Communication Skills | 0 | 1 | **(2)** | 3 | 4 | N/A |
| Personal Characteristics | 0 | 1 | 2 | **(3)** | 4 | N/A |

Remarks: Performing strong to the team. Lacks contributions to team. Nervous through out interview. Solid experience are career. Took lead in absence overall leadership. Concern about respect for the past based on statement there were nothing in place.

Total Score: 18

Score: ___ Superior (24)   ✓ Above Average (18-23)  
___ Average (12-17)   ___ Weak (6-11)  
___ Unacceptable (0-5)

Interviewed By: Curtis Johnson  
Title and School: Executive Director & Operation