## PULASKI COUNTY SPECIAL SCHOOL DISTRICT
SUPPORT STAFF CONTRACT

**EXHIBIT 22**

EMP: **10006539**



SCHOOL: **118**

STATE OF ARKANSAS

2013 - 2014

COUNTY OF PULASKI
**P  1  DL1  04  26**

PARTIES: The Pulaski County Special School District, (the employer), agrees to employ **DAVID THOMAS** (the employee) on the terms and conditions set forth below:

SERVICES: The employee agrees to perform the following services:
(1) Primary responsibility   -   **COORDINATOR - SECURITY/SAFETY**
(2) Related responsibilities -   All Duties attendant to the employee's primary responsibility.
The employer may assign or transfer the employee to a similar position at any location within the Pulaski County Special School District.

TIME : The time period covered by this contract is 2013 – 2014 school year for **215** days beginning on **Aug 12, 2013**

COMPENSATION:   **314.50 per day to be paid in 23.0 installments**

AVAILABLE REVENUE: Should the Commissioner determine that it is necessary because of lack of available revenue and in the interest of sound fiscal policy to reduce support staff personnel or to close school, the time period covered by this contract shall be the actual number of days worked.

POLICIES: The conduct of employee shall be in accord with the administrative policies of the employer.

PROBATIONARY EMPLOYMENT TERMINATION: Both parties agree that this contract may be terminated at any time during the employee's probationary period by either party by giving oral or written notice to the other party.

REFUND OF UNEARNED SALARY: The employee agrees to refund to the school district any salary received for work not done.

LAST PAYMENT: If terminated by either party on a date which is not a regular salary paying date, the employer will, on the next regular paying date, pay the salary which accrued up to the date of termination less any amount to which the employee is indebted to the employer.

CERTIFICATE OF HEALTH: The party of the second part shall have on file in the district's Human Resources office an adequate screening test(s) for tuberculosis adequate as required by law and regulations of state law.

OTHER CONDITIONS: 1. The Commissioner may transfer and assign the employee part to a similar position in another location within the district.  2. This contract must be signed and returned to the Human Resources Department within thirty (30) days from the contract date.

Given on this, the Aug 23, 2013
Party of the second part

*David E. Thomas*
**109 WESTFIELD LOOP**
**LITTLE ROCK AR 72210**

Party of the first part

*[signature]*    Commissioner

RECEIVED

AUG 2 3 2013

HUMAN RESOURCES

## PULASKI COUNTY SPECIAL SCHOOL DISTRICT
SUPPORT STAFF CONTRACT



**EMP:10006539**

STATE OF ARKANSAS

2014 - 2015

**SCHOOL: 118**

COUNTY OF PULASKI
**DL1 Range: 04 Step: 26**

PARTIES: The Pulaski County Special School District, (the employer), agrees to employ **DAVID THOMAS** (the employee) on the terms and conditions set forth below:

SERVICES: The employee agrees to perform the following services:
(1) Primary responsibility   -   **COORDINATOR - SECURITY/SAFETY**
(2) Related responsibilities -   All Duties attendant to the employee's primary responsibility.
The employer may assign or transfer the employee to a similar position at any location within the Pulaski County Special School District.

TIME : The time period covered by this contract is 2014 – 2015 school year for **244** days beginning on **Jul 1, 2014**.

COMPENSATION:
Daily Rate                          **$314.50**
Days                                **244**
Projected Annual Salary             **$76,738.00** to be paid in **26** biweekly installments.

AVAILABLE REVENUE: Should the Commissioner determine that it is necessary because of lack of available revenue and in the interest of sound fiscal policy to reduce support staff personnel or to close school, the time period covered by this contract shall be the actual number of days worked.

DISTRICT POLICIES: The conduct of employee shall be in accord with the administrative policies of the employer.
REFUND OF UNEARNED SALARY: The employee agrees to refund to the school district any salary received for work not done. The employee further agrees to refund the the school district any salary paid in error and not authorized by district policies.

LAST PAYMENT: Party of the second part agrees that the last salary payment shall not be made until all reports required by the employer have been satisfactorily made and all duties have been performed as required by law and regulations.

OTHER CONDITIONS: 1. The Superintendent may transfer and assign the employee to a similar position in another location within the district. 2. This contract must be signed and returned to the Human Resources Department within thirty (30) days from the contract date.

Given on this, the 30th day of May, 2014
Party of the second part

*David E. Thomas*

**109 WESTFIELD LOOP**
**LITTLE ROCK , AR   72210**

Party of the first part

*[signature]*

Commissioner

RECEIVED

JUN - 6 2014

HUMAN RESOURCES

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**
SUPPORT STAFF CONTRACT

**EXHIBIT 6**

EMP: **10006539**

SCHOOL: **118**

STATE OF ARKANSAS

2015 - 2016

COUNTY OF PULASKI
P  2  DL1   Range: 04   Step: 26

PARTIES: The Pulaski County Special School District, (the employer), agrees to employ **DAVID THOMAS** (the employee) on the terms and conditions set forth below:

SERVICES: The employee agrees to perform the following services:
(1) Primary responsibility   -   **COORDINATOR - SECURITY/SAFETY**
(2) Related responsibilities -   All Duties attendant to the employee's primary responsibility.
The employer may assign or transfer the employee to a similar position at any location within the Pulaski County Special School District.

TIME : The time period covered by this contract is 2015 – 2016 school year for **244** days beginning on **Jul 1, 2015**.

COMPENSATION:
| | |
|---|---|
| Daily Rate | **$314.50** |
| Days | **244** |
| Projected Annual Salary | **$76,738.00** |

AVAILABLE REVENUE: Should the Commissioner determine that it is necessary because of lack of available revenue and in the interest of sound fiscal policy to reduce support staff personnel or to close school, the time period covered by this contract shall be the actual number of days worked.

DISTRICT POLICIES: The conduct of employee shall be in accord with the administrative policies of the employer.

REFUND OF UNEARNED SALARY: The employee agrees to refund to the school district any salary received for work not done. The employee further agrees to refund the the school district any salary paid in error and not authorized by district policies.

LAST PAYMENT: If terminated by either party on a date which is not a regular salary paying date, the employer will, on the next regular paying date, pay the salary which accrued up to the date of termination less any amount to which the employee is indebted to the employer.

OTHER CONDITIONS: 1. The Superintendent may transfer and assign the employee to a similar position in another location within the district. 2. This contract must be signed and returned to the Human Resources Department within thirty (30) days from the contract date.

Given on this, the Jul 8, 2015
Party of the second part

*[signature]*
**109 WESTFIELD LOOP**
**LITTLE ROCK AR 72210**

Party of the first part

*[signature: Johny Key]*
Commissioner

## PULASKI COUNTY SPECIAL SCHOOL DISTRICT
SUPPORT STAFF CONTRACT

EMP: **10006539**



SCHOOL: **118**

STATE OF ARKANSAS

2016 - 2017

COUNTY OF PULASKI
**P  2  DL1    Range: 04    Step:26**

PARTIES: The Pulaski County Special School District, (the employer), agrees to employ **DAVID THOMAS** (the employee) on the terms and conditions set forth below:

SERVICES: The employee agrees to perform the following services:
(1) Primary responsibility   -   **COORDINATOR - SECURITY/SAFETY**
(2) Related responsibilities -    All Duties attendant to the employee's primary responsibility.
The employer may assign or transfer the employee to a similar position at any location within the Pulaski County Special School District.

TIME : The time period covered by this contract is 2016 – 2017 school year for **244** days beginning on **Jul 1, 2016**.

COMPENSATION:
  Daily Rate                       **$314.50**
  Days                                **244**
  Projected Annual Salary  **$76,738.00**

AVAILABLE REVENUE: Should the Commissioner determine that it is necessary because of lack of available revenue and in the interest of sound fiscal policy to reduce support staff personnel or to close school, the time period covered by this contract shall be the actual number of days worked.

DISTRICT POLICIES: The conduct of employee shall be in accord with the administrative policies of the employer.

REFUND OF UNEARNED SALARY: The employee agrees to refund to the school district any salary received for work not done. The employee further agrees to refund the school district any salary paid in error and not authorized by district policies.

LAST PAYMENT: If terminated by either party on a date which is not a regular salary paying date, the employer will, on the next regular paying date, pay the salary which accrued up to the date of termination less any amount to which the employee is indebted to the employer.

OTHER CONDITIONS: 1. The Superintendent may transfer and assign the employee to a similar position in another location within the district. 2. This contract must be signed and returned to the Human Resources Department within thirty (30) days from the contract date.

Given on this day, Jul 7, 2016
Party of the second part

*[signature]*
**109 WESTFIELD LOOP**
**LITTLE ROCK AR 72210**

Party of the first part

*[signature]*

Commissioner

## PULASKI COUNTY SPECIAL SCHOOL DISTRICT
SUPPORT STAFF CONTRACT



EMP: **10006539**

STATE OF ARKANSAS

SCHOOL: **118**

COUNTY OF PULASKI

2017 - 2018    **P  2  DL1    Range: 04    Step: 26**

PARTIES: The Pulaski County Special School District, (the employer), agrees to employ **DAVID E THOMAS** (the employee) on the terms and conditions set forth below:

SERVICES: The employee agrees to perform the following services:
 (1) Primary responsibility   -   **COORDINATOR - SECURITY/SAFETY**
 (2) Related responsibilities -   All Duties attendant to the employee's primary responsibility.
The employer may assign or transfer the employee to a similar position at any location within the Pulaski County Special School District.

TIME : The time period covered by this contract is 2017 – 2018 school year for  **244**  days beginning on **07/01/2017**.

COMPENSATION:
| | |
|---|---:|
| Daily Rate | **$314.50** |
| Days | **244** |
| Projected Annual Salary | **$76,738.00** |

AVAILABLE REVENUE: Should the Commissioner determine that it is necessary because of lack of available revenue and in the interest of sound fiscal policy to reduce support staff personnel or to close school, the time period covered by this contract shall be the actual number of days worked.

DISTRICT POLICIES: The conduct of employee shall be in accord with the administrative policies of the employer.

REFUND OF UNEARNED SALARY: The employee agrees to refund to the school district any salary received for work not done. The employee further agrees to refund the school district any salary paid in error and not authorized by district policies.

LAST PAYMENT: If terminated by either party on a date which is not a regular salary paying date, the employer will, on the next regular paying date, pay the salary which accrued up to the date of termination less any amount to which the employee is indebted to the employer.

OTHER CONDITIONS: 1. The Superintendent may transfer and assign the employee to a similar position in another location within the district.  2. This contract must be signed and returned to the Human Resources Department within thirty (30) days from the contract date.

Given on this day, Jul 5, 2017
Party of the second part

*David E. Thomas* (signature)

**109 WESTFIELD LOOP**
**LITTLE ROCK AR 72210**

Party of the first part

*Dr. Linda Remele* (signature)    *Alice Kelly* (signature)

President                          Secretary

RECEIVED

JUL 1 0 2017

HUMAN RESOURCES