IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WANDA GRIGSBY**                                                                **PLAINTIFF**

**v.**                                **Case No. 4:19-cv-00778-LPR**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**             **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered for Defendant Pulaski County Special School District.

IT IS SO ADJUDGED this 14th day of July 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT